JOHN F. GORDON (005719)
LAW OFFICE OF JOHN F. GORDON
777 E Thomas Rd Ste 210
Phoenix, AZ 85014-5478
Tel: 602-263-8582
Fax: 602-263-8612
Email: gordonjf@azbar.org
Attorney for Defendant American Buddha

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| PENGUIN GROUP (USA) INC. | Case No.: CV 13-2075-TUC-JGZ |
| Plaintiff, | SUBSTITUTION OF COUNSEL |
| vs. | |
| AMERICAN BUDDHA, | |
| Defendant. | |

The Court is respectfully requested to substitute John F. Gordon as attorney for defendant American Buddha, in the place and stead of Todd E. Bofferding.

DATED: January 11, 2014

_____
Todd E. Bofferding, OSB #883720
Todd Bofferding, PC
Attorney for Defendant American Buddha

I am a member of the Bar of this Court, and accept the above substitution.

DATED: January 11, 2014        /s/ John F. Gordon
                               John F. Gordon (005719)
                               Attorney for Defendant American Buddha

1  I consent to the substitution of John F. Gordon in the place and stead of Todd E.
2  Bofferding.

DATED: January 11, 2014

*Tara Lyn Carreon*
Tara Lyn Carreon
Director for Defendant American Buddha