# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Penguin Group (USA) Incorporated,<br><br>                Plaintiff,<br><br>v.<br><br>American Buddha,<br><br>                Defendant. | No. CV-13-02075-TUC-JGZ<br><br>**ORDER** |

Having considered Defendant's Unopposed Motion to Extend Time to File Joint Report (Doc. 94), and request to continue the Case Management Conference set in this matter for February 18, 2014, and good cause appearing therein,

**IT IS ORDERED** that Defendant's Motion to Extend Time (Doc. 94) is **GRANTED**;

**IT IS FURTHER ORDERED** that the Parties shall file their Joint Report on or before **April 1, 2014**;

**IT IS FURTHER ORDERED** that the Case Management Conference is **RESET** for **April 8, 2014** at 10:30 a.m., with Angela M. Martinez, law clerk to the Honorable Jennifer G. Zipps, at (520) 205-4614. The conference will be held telephonically and will be initiated by the Plaintiff with all appropriate parties on the line; and

**IT IS FURTHER ORDERED** that Defendant American Buddha shall file its second motion for substitution of counsel or otherwise show cause for failing to do so on

1 | or before **February 28, 2014**.<sup>1</sup>

Dated this 14th day of February, 2014.

_____
Jennifer G. Zipps
United States District Judge

---

[1] Defense counsel John Gordon sought the Motion to Extend due to a conflict with his client and avows that his client has obtained new, far more experienced counsel. (Doc. 94, p. 2.) Defendant American Buddha, however, just recently retained defense counsel Gordon on January 30, 2014, and in its Motion for Substitution of Counsel, American Buddha provided written consent for Gordon, as required by LRCiv 83.3(b)(2). (Docs. 91-93.) Defendant's repeated change in counsel has disrupted the Court's management of this case, and Defendant should proceed expeditiously in substituting its attorney yet again.