JOHN F. GORDON SBA (005719)
777 E. Thomas Rd., Suite 210
Phoenix, AZ 85014-5478
Email: gordonjf@azbar.org
Tel:    602-263-8582
Attorney for Defendant American Buddha

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **PENGUIN GROUP (USA) INC.,** | Case No.:   CV-13-02075-TUC- JGZ |
| **Plaintiff,** | **REQUEST FOR SUBSTITUTION OF COUNSEL** |
| **vs.** | |
| **AMERICAN BUDDHA,** | |
| **Defendant** | |

The Court is respectfully requested to substitute Susan M. Winchester as attorney for defendant American Buddha in the place and stead of John F. Gordon.

I consent to the above substitution:

DATED: February 25, 2014      John F. Gordon/s/
                              JOHN F. GORDON SBA (005719)
                              Attorney for Defendant American Buddha

My application to be permitted to practice *pro hac vice* in this matter is pending, and I consent to be substituted as counsel of record for defendant American Buddha.

DATED: February 25, 2014      Susan M. Winchester
                              Winchester Law Group
                              9107 Wilshire Blvd. Suite 450
                              Beverly Hills, California 90210
                              Tel: 310-461-3591
                              Email: sue@winchesterlawgroup.com

I consent to the above substitution:

DATED: February 25, 2014           *[signature: Tara Lyn Carreon]*
                                   Tara Lyn Carreon
                                   Director of Defendant American Buddha

Page **2** of **2** of REQUEST FOR SUBSTITUTION OF ATTORNEY