```
1   Duane A. Bosworth, OSB #825077
    Tim Cunningham, OSB #100906
2   DAVIS WRIGHT TREMAINE LLP
    1300 S.W. Fifth Avenue, Suite 2400
3   Portland, Oregon  97201-5610
    Facsimile:  (503) 778-5299
4   duanebosworth@dwt.com
    timcunningham@dwt.com
5   Telephone:  (503) 241-2300

6        Attorneys for Plaintiff
         Pro Hac Vice
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Penguin Group (USA) Incorporated, | |
|---|---|
| Plaintiff, | Case No. CV-13-02075-TUC-JGZ |
| v. | **Second Amended Complaint** |
| American Buddha, | |
| Defendant. | |

Plaintiff Penguin Group (USA) Inc. ("Penguin"), alleges:

**NATURE OF THE ACTION**

1.  In this action Penguin seeks permanent injunctive relief for American Buddha's willful and continuing infringement of Penguin's exclusive rights in the novels *Oil!* by Upton Sinclair and *It Can't Happen Here* by Sinclair Lewis; and two new translations: E. J. Kenney's translation of *The Golden Ass* by Apuleius and R.E. Latham's translation of *On the Nature of the Universe* by Lucretius (collectively the "Works").

**THE PARTIES**

2.  Plaintiff Penguin Group (USA) Inc. is a Delaware corporation having its principal place of business in the City and County of New York.

1

1  3. Defendant American Buddha is an Oregon not-for-profit corporation, with a principal place of business at 2165 South Avenida Planeta, Tucson, Arizona 85710.

**JURISDICTION AND VENUE**

4. Subject matter jurisdiction exists in this case pursuant to 28 U.S.C. § 1331, giving this Court original jurisdiction in a civil action raising a federal question, and 28 U.S.C. § 1338(a), giving this Court original and exclusive jurisdiction in a civil action arising under the copyright laws of the United States.

5. Defendant American Buddha is subject to personal jurisdiction in this district because its principal place of business is in Tucson, Arizona..

6. Venue is proper in this district pursuant to 28 U.S.C. § 139l(b) and 28 U.S.C. § 1400(a).

**FACTS**

7. Penguin is the owner of exclusive publishing rights in the new translation by E. J. Kenney of *The Golden Ass* by Apuleius ("*The Golden Ass*").

8. The copyright in *The Golden Ass* is valid and subsisting, and is the subject of Registration Nos. TX 6-891-445 and TX 6-891-049 at the United States Copyright Office.

9. American Buddha publishes complete copies of the text of *The Golden Ass* in digital format on the websites www.naderlibrary.com and www.american-buddha.com (the "Websites").

10. Penguin first learned that a complete copy of the text of *The Golden Ass* in digital format is posted on the website located at www.naderlibrary.com in December 2008.

11. Penguin notified American Buddha's counsel and DMCA agent of the infringement. American Buddha's counsel counter-noticed the agent, stating that publishing *The Golden Ass* on the Website was not infringing for various reasons, including fair use and the library exception. Penguin responded, informing counsel that neither the fair use nor the library exceptions protected full reproduction and distribution

of Penguin's copyrighted materials online.

12. American Buddha's infringement of plaintiff's copyright in *The Golden Ass* is continuing.

13. American Buddha publishes complete copies of the text of *Oil!*, by Upton Sinclair ("*Oil!*") in digital format on the Websites.

14. Penguin first learned that a complete copy of *Oil!* in digital format is published on the website located at www.naderlibrary.com in January of 2009.

15. The copyright in *Oil!* is valid and subsisting, and is the subject of Registration No. R132078 at the United States Copyright Office.

16. Penguin is the owner of exclusive publishing rights in *Oil!*.

17. American Buddha's infringement of plaintiff's copyright in *Oil!* is continuing.

18. American Buddha publishes complete copies of the text of *It Can't Happen Here*, by Sinclair Lewis ("*It Can't Happen Here*") in digital format on the Websites.

19. Penguin first learned that a complete copy of *It Can't Happen Here* in digital format is published on the website located at www.naderlibrary.com in January of 2009. The copyright in *It Can't Happen Here* is valid and subsisting, and is the subject of Registration No. R303502 at the United States Copyright Office.

20. Penguin is the owner of exclusive publishing rights in *It Can't Happen Here*.

21. American Buddha's infringement of plaintiff's copyright in *It Can't Happen Here* is continuing.

22. American Buddha publishes complete copies of the text of of R.E. Latham's translation of *On the Nature of the Universe* by Lucretius ("*On the Nature of the Universe*") in digital format on the Websites.

23. Penguin first learned that a complete copy of *On the Nature of the Universe* in digital format is published on the website located at www.naderlibrary.com in 2009.

24. The copyright in *On the Nature of the Universe* is valid and subsisting, and

3

1  is the subject of Registration No. TX 6-891-433 at the United States Copyright Office.

2      25.    Penguin is the owner of exclusive publishing rights in *On the Nature of the Universe*.

4      26.    American Buddha's infringement of plaintiff's copyright in *On the Nature of the Universe* is continuing.

6      27.    On or about July 27, 2013, the Websites became inaccessible and were shortly thereafter replaced with a page explaining that the webserver hosting the Websites had "crashed."

9      28.    Beginning on or about November of 2013, American-Buddha began publishing copies of the Works in a "bulletin board" format, separate and distinct from the format previously used on the Websites, on a bulletin board styled the "American Buddha Bookmobile," located at bookmobile.american-buddha.com.

13      29.    On or about January of 2014, American Buddha's servers became operational again. The "bulletin board" formatted copies were no longer accessible and the Websites were restored to their pre-crash functionality, which included, and continue to include, entire digital copies of the Works.

17      30.    In 2009, Penguin sued American Buddha for infringement of The Works in the United States District Court for the Southern District of New York. The District Court held that it lacked personal jurisdiction over American Buddha under New York's long-arm statute because no injury had occurred in New York. *Penguin Group (USA) v. Am. Buddha*, No. 09 Civ. 528, 2009 WL 1069158, 2009 U.S. Dist. LEXIS 34032 (S.D.N.Y. April 21, 2009) ("[W]hile the electronic nature of the alleged infringement may make it possible for others acting in New York to infringe plaintiff's copyrights here, plaintiff has not alleged such a New York infringement, and bases its claim of injury solely on the economic effect of an injury inflicted by defendant elsewhere.").

26      31.    On appeal to the United States Court of Appeals for the Second Circuit, the Second Circuit certified a question to the New York Court of Appeals regarding whether an injury occurred in New York when a New York copyright holder's work was uploaded

1  onto the internet. *Penguin Group (USA) Inc. v. Am. Buddha*, 609 F.3d 30, 42 (2010) ("In
2  copyright infringement cases, is the situs of injury for purposes of determining long-arm
3  jurisdiction under [New York's long-arm statute] the location of the infringing action or
4  the residence or location of the principal place of business of the copyright holder?").

5      32.    After the New York Court of Appeals held that a New York owner of a
6  copyright sustains an in-state injury when its copyrighted work is uploaded to the
7  internet, *Penguin Group (USA) Inc. v. Am. Buddha*, 946 N.E.2d 159, 163 16 NY3d 295
8  (N.Y. 2011) ("[A] New York copyright owner alleging infringement sustains an in-state
9  injury pursuant to [New York's long-arm statute] when its printed literary work is
10 uploaded without permission onto the Internet for public access."), the Second Circuit
11 reversed the District Court's original opinion and remanded for consideration of the other
12 factors necessary to confer personal jurisdiction over an out-of-state defendant under
13 New York's long-arm statute. *Penguin Group (USA) Inc. v. Am. Buddha*, 640 F.3d 497,
14 501 (2011) ("We therefore vacate the judgment of the district court and remand this case
15 to that court for its consideration in the first instance of whether Penguin has established
16 the four remaining jurisdictional requisites, and the extent to which the assertion of
17 personal jurisdiction over American Buddha would be consistent with the requirements
18 of Due Process.").

19     33.    On remand, the District Court concluded that despite injury occurring in
20 New York, there was no personal jurisdiction over American Buddha under the
21 limitations of New York's long-arm statute, and it ordered dismissal of the complaint on
22 March 7, 2013. *Penguin Group (USA) Inc. v. American Buddha*, 2013 U.S. Dist. LEXIS
23 31970, No. 09 Civ. 538 (RA) at *8 (S.D.N.Y. March 7, 2013) ("Penguin has failed to
24 satisfy the 'substantial revenue' requirement of the long-arm statute.").

25                          **FIRST CLAIM FOR RELIEF**
26                          **(Copyright Infringement- 17 U.S.C. § 501)**

27     34.    Penguin repeats the allegations contained in paragraphs 1 through 33 as if
28 set forth in full.

1   35.   Penguin's copyright rights in *The Golden Ass*, *Oil!*, *It Can't Happen Here*, and *On the Nature of the Universe* are valid and enforceable.

2   36.   American Buddha has infringed Penguin's copyright rights in the Works.

3   37.   American Buddha's infringement of Penguin's copyright rights in the Works is continuing.

4   38.   American Buddha's reproduction, publication and distribution of the Works is not exempted from liability by Section 108 of the Copyright Act, 17 U.S.C. § 108.

5   39.   American Buddha's reproduction, publication and distribution of the Works in their entirety is not fair use under Section 107 of the Copyright Act, 17 U.S.C. § 107.

6   40.   American Buddha's acts have irreparably damaged and, unless enjoined, will continue to irreparably damage Penguin.

7   41.   Penguin has no adequate remedy at law for these wrongs and injuries.

8   42.   Penguin is, therefore, entitled to a permanent injunction restraining and enjoining American Buddha, its agents, servants, employees, and attorneys and all persons acting in concert with them from infringing Penguin's copyright rights in the Works and other works in which Penguin possesses a valid and enforceable copyright.

WHEREFORE, Penguin demands judgment:

A.   Permanently enjoining American Buddha, its agents, servants, employees, and attorneys and all those acting in concert with them from directly or indirectly infringing Penguin's copyright rights in the Works, and in any other works in which Penguin possesses a valid and enforceable copyright, in violation of 17 U.S.C. § 501;

B.   Granting such other and further relief as this Court deems just and proper.

DATED this 29th day of July, 2014.

DAVIS WRIGHT TREMAINE LLP

By: s/ Duane A. Bosworth
Duane A. Bosworth, OSB #825077
Tim Cunningham, OSB #100906
Of Attorneys for Plaintiff *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2014, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants. .

John Sullivan
Attorney at Law
10857 Kling Street
North Hollywood, CA 91602

                  s/ Duane A. Bosworth

DWT 24037583v2 0061270-000015