# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Penguin Group (USA) Inc., | Case No.: CV-13-02075-TUC-JGZ |
| Plaintiff, | [PROPOSED] ORDER QUASHING SUBPOENA |
| vs. | |
| American Buddha, | |
| Defendant | |

## ORDER

Having considered the Motion to Quash Subpoena filed by Charles Carreon, the Court finds good cause to grant the motion. Accordingly, the motion is GRANTED. IT IS SO ORDERED.

DATED this ____ day of _____, 2014.

_____
Jennifer G. Zipps
United States District Judge

PROOF OF SERVICE

I am a citizen of the United States with a business address of 2165 S. Avenida Planeta. I am over the age of 18 years, and not a party to the within action. I declare that, on the date subscribed below, I served the following document described as

PROPOSED ORDER GRANTING MOTION TO QUASH

upon counsel of record herein by the method(s) described below:

Duane A. Bosworth / Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon 97201

John W. Sullivan
10857 Kling Street
North Hollywood, CA 91602

☐ by email to the above-referenced email address

☐ by personal delivery to the above-referenced addresses

☑ by placing the same in envelopes addressed to the above recipients, U. S. Mail, with first class postage fully prepaid, deposited into an official mailbox located in Tucson, Arizona.

☐ by Federal Express for overnight delivery.

Executed at Tucson, Arizona, on September 30, 2014          .

_____
CHARLES CARREON