CHARLES CARREON (CSB #127139)
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Email: chascarreon@gmail.com
Attorney *pro se*



## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Penguin Group (USA) Inc.,** | Case No.:  CV-13-02075-TUC- JGZ |
| **Plaintiff,** | DECLARATION OF CHARLES CARREON IN SUPPORT OF MOTION TO QUASH DEPOSITION SUBPOENA |
| **vs.** | |
| **American Buddha,** | |
| **Defendant** | |

Charles Carreon declares and states as follows:

1. I am an attorney licensed to practice law in the State of California, and have been the attorney for American Buddha since it was incorporated fourteen years ago. I make this declaration on personal knowledge, and if called as a witness could and would so competently testify.

2. I was served today with the subpoena attached as Exhibit 1.

3. I have always served American Buddha in the capacity of an attorney, and never been an employee or ordinary agent. All of my communications to the Director of American Buddha have been about the legal issues presented by the operation of the website under the Library and Fair Use exemptions from Copyright Liability

that are the subject of this lawsuit.  I have spent hundreds of hours researching legal topics, drafting briefs, and communication with counsel for Penguin in the Southern District of New York ("SDNY") litigation that Penguin commenced in January 2009.

4.  I was deposed pursuant to protective order in the SDNY litigation for the limited jurisdictional purpose of exploring whether my e-publishing activities through Amazon.com's "KDP" desktop publishing system could somehow provide a basis for showing income to American Buddha for jurisdictional purposes.  Penguin took a 3-hour deposition of me that exhaustively explored the breadth and depth of my non-privileged knowledge.

5.  I married Tara Carreon, who is now the Director of American Buddha, before the Justice of the Peace in Tempe, Arizona, on August 2, 1974.  Since that date, she and I have been lawfully married.

6.  When Mrs. Carreon decided to create America Buddha, she was in Nepal studying Tibetan Buddhism.  The domain American-Buddha.com was registered by me for American Buddha and has always been held in trust for the client, just as I hold domain registrations for several other clients who have Internet businesses, and want a lawyer to be the registrant.

7.  After the legal significance of the Digital Millennium Copyright Act (17 U.S.C. § 512) became apparent, I established the system for responding to DMCA notices, and I took the role of DMCA agent after the first DMCA agent, Jacob Hammond, let go of the position.  In this capacity, all I have done is receive DMCA notices, forward them to the client with advice, and manage any followup communications with the publisher agents who have contacted me.  Everything I do in that capacity is privileged attorney client communication or attorney work product that is imbued with my mental perceptions.

8.  As the attorney for American Buddha, I have gained a fair amount of technical knowledge about the operation of American Buddha, but that knowledge is my client's privilege that it is my duty to maintain, and I have not been given permission to waive it.  While some of that information might be helpful to American Buddha, it is also privileged, and if American Buddha does not wish to disclose it, and it does not, then I am bound to remain silent and assert the privilege.

9.  Aside from legal knowledge imbued with my mental perceptions and strategies, technical knowledge that was gained through service as the client's attorney, and attorney-client communications with American Buddha, the only other thing I could possibly know about that Penguin might be interested in would be confidential spousal communications.

10. Our children have long since grown up, and my oldest child passed away on February 17, 2007 in a car accident.  After his death, my wife and I moved to Tucson, where we have always lived alone.  We were not raised in Tucson, so we don't have many acquaintances here, and spend most of our time with each other. Mrs. Carreon has cautioned me to assert the spousal privilege on her behalf, and not to disclose marital communications.

11. I am a trial attorney, and have been extremely busy this month.  Although Penguin's lawyers know, from past experience, that I will not allow myself to be deposed in response to a notice of deposition, they have never once called me to discuss the matter.  Rather, they have repeatedly importuned Mr. Sullivan, counsel for American Buddha, whose authority does not extend to representing me, by sending him deposition notices.  I have given Mr. Sullivan information about my schedule to pass along to Penguin's lawyers, and when I was in Los Angeles yesterday completing Closing Argument in *NextEngine v. Lastar*, a Lanham Act cybersquatting case, I asked Mr. Sullivan to have them call me because I was on

the road.  But they didn't call.  Instead, they sent a process server to my house, where Mrs. Carreon had to tell him that I was not present.  She gave the process server my phone number and I met him today at Starbucks to accept the subpoena.

12. The subpoena was served on me to appear eight days from today, during a time when I am imminently preparing for trial in *Arden v. Kastell*, a Northern District of California Section 1983 case in which all of the witnesses are in the Bay Area, and virtually all are law enforcement and legal professionals.  Many trial preparation documents have been created, but I need to get subpoenas out to witnesses, call and interview those witnesses, several of whom have not been deposed, and collaborate with opposing counsel to complete the extensive meet and confer process that is imposed by Magistrate Judge Cousins' rigorous trial preparation regimen.

13. Last night, I flew in from Los Angeles, arriving at 9:16 PM.  I worked until 12:48 AM filing three oppositions to motions in Limine that were due in *Arden v. Kastell*.  Then, to complete other filing duties, I was up at 6:00 AM this morning to complete a Joint Exhibit List, Exhibit marking, several Proposed Orders regarding stipulations, Jury Instructions, and other documents.

14. Tomorrow morning, I will catch the 6:00 AM flight to San Francisco, and I will not fly back to Tucson until Friday at 5:20 PM.

15. During the time when I am in San Francisco, I will still be working on Penguin litigation, because on September 3rd American Buddha has to respond to Penguin's second round of written discovery.

16. The fourth and the fifth are weekend days, and on the sixth I will attend the deposition of American Buddha's 30(b)(6) designee.

17. Additionally, I am engaged in settlement negotiations and finishing up discovery in *Fender v. Swade*, a Lanham Act case alleging trademark counterfeiting of guitar headstock designs pending in Tennessee.  Indeed, Mr. Swade's deposition is set

for the same date as Penguin's lawyers picked for my deposition.  Attached as Exhibit 3 is the deposition notice.

18. I understand that the discovery cutoff in this case is October 8, 2014.  Since no one from Penguin ever accepted my invitation, extended through American Buddha's counsel of record, to call me to confer about a convenient time for this deposition, and because there is absolutely nothing non-privileged about my knowledge of American Buddha and Tara Carreon, I conclude that Exhibit 1 was served solely for purposes of harassment.

19. For all of the above reasons, the Court is respectfully requested to issue an order in the form submitted herewith, quashing the subpoena.

I hereby declare, pursuant to the provisions of 28 U.S.C. § 1746 (2), under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at Tucson, Arizona on September 30, 2014

Charles Carreon, Declarant

# EXHIBIT 1

AO 88A  (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| Penguin Group (USA) Incorporated, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   CV-13-02075-TUC-JGZ |
| American Buddha, | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:            Charles Carreon, 2165 S. Avenida Planeta, Tucson, AZ 85710

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Snell & Wilmer, LLP<br>1 S Church Ave #1500, Tucson, AZ 85701 | Date and Time:<br>10/08/2014 11:00 am |
|---|---|

The deposition will be recorded by this method:   stenographic

❑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    09/23/2014

*CLERK OF COURT*                              OR       ⟨signature⟩

_____                    _____
*Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Penguin Group (USA) Incorporated _____ , who issues or requests this subpoena, are:
Duane A. Bosworth, Tim Cunningham, Davis Wright Tremaine, LLP, 1300 SW 5th Ave., Ste. 2400, Portland, OR  97201
(503) 241-2300

#### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# EXHIBIT 2

 **Expedia**

# San Francisco

Oct 1, 2014 - Oct 3, 2014  |  Itinerary # 184339472323

## Important Information

- Remember to bring your itinerary and government-issued photo ID for airport check-in and security.

### Tucson (TUS) → San Francisco (SFO)
Oct 1, 2014 - Oct 3, 2014 , 1 round trip ticket

CHECK-IN NOW

| | |
|---|---|
| American Airlines | IGQRUG |
| US Airways | BWPSF5 |
| Expedia Booking ID | 2TOD9W |

Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.

## Price Summary

| | |
|---|---|
| **Traveler 1: Adult** | **$313.20** |
| Flight | $249.30 |
| Taxes & Fees | $63.90 |
| Expedia Booking Fee | $7.00 |

### Traveler Information

**Charles Carreon**
Adult

No frequent flyer
details provided

Ticket #
0017440371722

Total:  **$320.20**

All prices quoted in US dollars.

\* Seat assignments, special meals, frequent flyer point awards and special assistance requests should be confirmed directly with the airline.

## Additional Flight Services

- The airline may charge additional fees for checked baggage or other optional services.

**Oct 1, 2014** - Departure 1 stop  Total travel time: 3 h 54 m

| | | |
|---|---|---|
| Tucson | Los Angeles | 1 h 35 m |
| **TUS  6:20am** | LAX  7:55am | |
| | Terminal 4 | |

American Airlines  2596 Operated by SKYWEST AIRLINES AS AMERICAN EAGLE
Economy / Coach (Q) | Seat **06B** | Confirm or change seats with the airline\*

**Layover: 1 h 0 m**

| Los Angeles | San Francisco | 1 h 19 m |
|---|---|---|
| LAX  8:55am | **SFO  10:14am** | |
| Terminal 4 | Terminal 1 | |

US Airways  2872 Operated by US AIRWAYS EXPRESS-
MESA AIRLINES

Economy / Coach (E) | Seat **15D** | Confirm or change seats
with the airline*


**Oct 3, 2014** - Return 1 stop               Total travel time: 4 h 20 m

| San Francisco | Los Angeles | 1 h 30 m |
|---|---|---|
| **SFO  1:00pm** | LAX  2:30pm | |
| Terminal 2 | Terminal 4 | |

American Airlines  2378

Economy / Coach (Q) | Seat **26C** | Confirm or change seats
with the airline*

                                        **Layover: 1 h 25 m**

| Los Angeles | Tucson | 1 h 25 m |
|---|---|---|
| LAX  3:55pm | **TUS  5:20pm** | |
| Terminal 4 | | |

American Airlines  2625 Operated by SKYWEST AIRLINES
AS AMERICAN EAGLE

Economy / Coach (Q) | Seat **07C** | Confirm or change seats
with the airline*


**Airline Rules & Regulations**

- This price includes a nonrefundable booking fee.
- We understand that sometimes plans change. We do not
  charge a cancel or change fee. When the airline charges such
  fees in accordance with its own policies, the cost will be passed
  on to you.
- **Tickets are nonrefundable, nontransferable and name
  changes are not allowed.**
- Please read the complete penalty rules for changes and
  cancellations applicable to this fare.
- Please read important information regarding airline liability
  limitations.


Need help with your reservation?

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Fender Musical Instruments Corporation,

    Plaintiff,

    vs.

Kelton Swade, individually and d/b/a
Kelton Swade Guitars, and Kelton Swade
LLC,

    Defendants.

No. 3:13-cv-01075

Judge Sharp/Brown

## NOTICE OF DEPOSITION OF KELTON SWADE LLC

Plaintiff Musical Instruments Corporation notices the deposition of Defendant Kelton

Swade LLC to take place at 9:30 AM on October 8, 2014 at the following location:

    Walker Tipps & Malone, PLC
    2300 One Nashville Place
    150 Fourth Avenue, North
    Nashville, TN 37219

Dated:  September 26, 2014

John C. Hayworth (#16133)
Charles I. Malone (#22904)
Walker Tipps & Malone PLC
150 Fourth Avenue North
2300 One Nashville Place
Nashville, Tennessee 37219
Telephone: (615) 313-6000
Jhayworth@walkertipps.com
Cmalone@walkertipps.com

*Counsel for Plaintiff*

Respectfully submitted,

/s/ Theodore H. Davis Jr.
Theodore H. Davis Jr.
Jared S. Welsh
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Telephone: (404) 815-6500
Tdavis@kilpatricktownsend.com
Jwelsh@kilpatricktownsend.com

*Co-Counsel for Plaintiff*
(*pro hac vice* motion granted)

1

## **CERTIFICATE OF SERVICE**

A copy of the attached document has been served on September 26, 2014 via first-class mail and electronic transmission addressed to the following:

Charles Carreon, Esq.
Charles Carreon, Attorney at Law
2165 S. Avenida Planeta
Tucson, AZ 85710
chascarreon@gmail.com

and

Everette E. Parrish, Esq.
Everette Parrish, Attorney at Law PLC
P.O. Box 3602
Brentwood, Tennessee 37024-3602
attorney@law4tn.com

/s/ Theodore H. Davis Jr.

<u>PROOF OF SERVICE</u>

I am a citizen of the United States with a business address of 2165 S. Avenida Planeta.  I am over the age of 18 years, and not a party to the within action.  I declare that, on the date subscribed below, I served the following document described as

DECLARATION OF CHARLES CARREON IN SUPPORT OF MOTION TO QUASH

upon counsel of record herein by the method(s) described below:

Duane A. Bosworth / Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon 97201

John W. Sullivan
10857 Kling Street
North Hollywood, CA 91602

☐ by email to the above-referenced email address

☐ by personal delivery to the above-referenced addresses

☑ by placing the same in envelopes addressed to the above recipients, U. S. Mail, with first class postage fully prepaid, deposited into an official mailbox located in Tucson, Arizona.

☐ by Federal Express for overnight delivery.

Executed at Tucson, Arizona, on September 30, 2014                    .

CHARLES CARREON