1  Duane A. Bosworth, OSB #825077
   Tim Cunningham, OSB #100906
2  DAVIS WRIGHT TREMAINE LLP
   1300 S.W. Fifth Avenue, Suite 2400
3  Portland, Oregon  97201-5610
   Facsimile:  (503) 778-5299
4  duanebosworth@dwt.com
   timcunningham@dwt.com
5  Telephone:  (503) 241-2300

6      Attorneys for Plaintiff
       *Pro Hac Vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Penguin Group (USA) Incorporated, | |
|---|---|
| Plaintiff, | Case No. CV-13-02075-TUC-JGZ |
| v. | **Declaration of Duane A. Bosworth in Support of Plaintiff's Opposition to Defendant's Motion to Quash Deposition Subpoena of Charles Carreon** |
| American Buddha, | |
| Defendant. | |

I, Duane A. Bosworth, declare as follows:

1.  I am one of the attorneys for plaintiff in the above-captioned matter.  I make this declaration on personal knowledge and am competent to testify to the matters stated herein.

2.  Attached as Exhibit 1 is a true and accurate copy of a series of correspondence between me and John Sullivan, counsel for Defendant American Buddha. The hand written numbers (beginning with the number 1 and ending with the number 21) were written by me, and indicate the order of the communications (with the number 1 being the first communication, and the number 21 being the last communication.

1

1     3.     Exhibit 1 documents that on September 11, 2014, I first communicated with defendant's counsel about plaintiff's desire to depose Tara Carreon, Charles Carreon and a 30(b)(6) witness of defendant. Defendant's counsel and I then engaged in a series of communications regarding appropriate scheduling. Not until Friday, September 19 did defendant's counsel ever state that Charles Carreon did "not agree to be deposed by Penguin." On Tuesday, September 23rd I contacted Mr. Carreon at the email address provided by counsel, and provided Mr. Carreon both a notice of deposition and a form of subpoena to see if he would be willing to accept service. Mr. Carreon has never responded to my communication. On September 29, 2014, counsel for defendant informed me that Mr. Carreon had no availability whatsoever until November, and that defendant would not extend the discovery deadline.

4.     Attached as Exhibit 2 is a true and accurate copy of Defendant's Responses to Plaintiff's First Requests for Admission.

5.     Mr. Carreon has personally signed the certificate of service on various documents in this matter, including American Buddha's First Requests for Production, First Interrogatories, and First Requests for Admission; American Buddha's Expert Report; and American Buddha's Responses to Plaintiff's Requests for Production, Requests for Admission and Interrogatories.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED: October 6th, 2014.

s/ Duane A. Bosworth
DUANE A. BOSWORTH

## CERTIFICATE OF SERVICE

1

2      I hereby certify that on October 6, 2014, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the

3   CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

4

5      John Sullivan
       Attorney at Law

6      10857 Kling Street
       North Hollywood, CA 91602

7

8                      s/ Duane A. Bosworth

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3