JOHN W. SULLIVAN (CSB # 204648)
Attorney at Law
10857 Kling Street
North Hollywood, CA 91602
Tel: 818-769-7236
Fax: 818-301-2175
Email: sullivan.john84@gmail.com
Attorney *pro hac vice* for
Defendant American Buddha

RECEIVED
AUG 2 1 2014
DAVIS, WRIGHT, TREMAINE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PENGUIN GROUP (USA) INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN BUDDHA, <br><br> Defendant | Case No.: CV-13-02075-TUC- JGZ <br><br> DEFENDANT'S RESPONSES TO REQUESTS FOR ADMISSIONS |

Defendant American Buddha responds pursuant to Federal Rule of Civil Procedure 36, for the purposes of this civil action only, to Plaintiff Penguin Group (USA), Inc.'s First Set of Requests for Admissions ("RFA") as set forth below.

**REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 1:** Admit that American Buddha posted the full text of the Works on pages located at american-buddha.com and nader-library.com.

**RESPONSE:** Objection is respectfully made to the term "posted." Although this metaphorical term is widely used by laypersons to describe the manner in which text and

images are made to appear on the Internet, it is an inapposite metaphor to describe the operation of a website. Website creation, maintenance, and operation is dynamic. Websites do not appear in a public space, but only on privately-owned individual devices. Website content is not accessible *en masse*, but is made available at one URL at a time, and continues only as long as numerous operational parameters are met. The verb "post" connotes posting in a static medium (incorrectly analogizing the computer screen to a piece of signage or print), to which text is affixed (incorrectly analogizing photons to ink or paint), and thereby becomes visible to multiple persons at one time (incorrectly analogizing the operation of URLs to a public space). Construing the term "post" to mean "affixing text and images to a medium that is publicly viewable by multiple viewers in a public location," RFA # 1 is DENIED.

**REQUEST FOR ADMISSION NO. 2:** Admit that a visitor to naderlibrary.com can access the full text of the Works without ever being required to read or acknowledge the content of the page at http://naderlibrary.com/naderlibrarymemberinfo.htm

**RESPONSE:** Objection is made to the term "can access" as vague and ambiguous as to time, and to the term, "required" as vague and ambiguous with respect to the meaning of the term. Construing the term "required" to mean "required by the clearly posted terms of service that are presented in the Copyright Notice appearing at http://naderlibrary.com/naderlibrarymemberinfo.htm, that includes the full text of 37 C.F.R. 201.14," to which the first-time user's attention is drawn by a hyperlink to the Copyright Notice at the top of every page bearing any of the Works, and by the prominent display of the following notice on the index page of the website, RFA # 2 is DENIED.

> *Online Library Access For All*
> *Green and Mean*
>
> Save gas, save paper, save time, save the planet! Surf our digital archives online. How does it work, consistent with copyright law? Quite simply, when you visit NaderLibrary.com you are visiting a library, and the same rules apply. Please read the Library Copyright Notice and obey the rules.

Exhibit 2
Page 2 of 7

**REQUEST FOR ADMISSION NO. 3:** Admit that a visitor to www.american-buddha.com can access the full text of the Works without ever being required to read or acknowledge the content of the page at http://american-buddha.com/abol.toc.htm.

**RESPONSE: RESPONSE:** Objection is made to the term "can access" as vague and ambiguous as to time, and to the term, "required" as vague and ambiguous with respect to the meaning of the term. For several years, from approximately 2003 to 2007, during which time two of the Works were in the American Buddha Online Library collection, it was technically impossible for a Library patron to access any of the Works on American-Buddha.com without providing an email address and acknowledging that they had in fact read the Copyright Notice currently at http://american-buddha.com/abol.toc.htm, acknowledging terms of service that included an anti-piracy pledge and affirmative representations of non-infringing purposes for accessing the Works. Currently, responding party is in the process of reinstating a similar system, and the software for that is being tested, and the log-in system is expected to be operational in the near future on both American-Buddha.com and NaderLibrary.com. Construing the term to mean "required by the clearly posted terms of service that are presented in the Copyright Notice, that includes the full text of 37 C.F.R. 201.14," and appears at the top of every page on the website at, http://www.american-buddha.com/abol.toc.htm, RFA # 3 is DENIED.

**REQUEST FOR ADMISSION NO. 4:** Admit that upwards of 100 people could simultaneously view the page located at http://naderlibrary.com/lit.oil.sinclair.1.htm

**RESPONSE:** Objection: The term "could" establishes an incomplete hypothetical. What number of people can simultaneously view a webpage is a function of numerous factors, not an immutable Internet reality, and thus presents a serious technical question that cannot be resolved without describing the hosting server's CPU, memory setup, bandwidth availability, and geographic location, as well as the relevant

Exhibit 2
Page 3 of 7

characteristics of the "100 simultaneous users," *i.e.*, their access device (desktop, laptop, or mobile device), their location, their bandwidth speed and download limits. With respect to NaderLibrary.com, the website has been moving back and forth between three different servers for the last seven months, and access speeds have varied widely, and no tests have ever been performed to determine how many users could simultaneously access the site. RFA # 4 is further objectionable as not likely to lead to the discovery of admissible evidence because the hypothetical it presents lacks substantial similarity to the facts of the case. The NaderLibrary.com website has never had anywhere near that many simultaneous requests for any of the Works. Responding party further notes that Professor Nimmer has noted that for a library to provide a copy of one chapter of a work to a patron, or a hundred patrons, is presumptively Fair Use. *See*, Nimmer on Copyright, § 8.03[E][2][a]. Without waiver of the foregoing objections, responding party responds to RFA # 4 by stating that it lacks knowledge, information or belief sufficient to respond to RFA # 4, and on that basis, RFA # 4 is DENIED.

**REQUEST FOR ADMISSION NO. 5:** Admit that American Buddha posted the full text of the Works on pages located at bookmobile.american-buddha.com.

**RESPONSE:** Objection is respectfully made to the term "posted." Although this metaphorical term is widely used by laypersons to describe the manner in which text and images are made to appear on the Internet, it is an inapposite metaphor to describe the operation of a website. Website creation, maintenance, and operation is dynamic. Websites do not appear in a public space, but only on privately-owned individual devices. Website content is not accessible *en masse*, but is made available at one URL at a time, and continues only as long as numerous operational parameters are met. The verb "post" connotes posting in a static medium (incorrectly analogizing the computer screen to a piece of signage or print), to which text is affixed (incorrectly analogizing photons to ink or paint), and thereby becomes visible to multiple persons at one time (incorrectly analogizing the operation of URLs to a public space). Construing the term "post" to

Exhibit 2
Page 4 of 7

mean "affixing text and images to a medium that is publicly viewable by multiple viewers in a public location," RFA # 5 is DENIED.

**REQUEST FOR ADMISSION NO. 6:** Admit that the pages posted at bookmobile.american-buddha.com were discrete copies of the Works, different in form and format from the pages located at american-buddha.com and naderlibrary.com.

**RESPONSE:** Objection is respectfully made to the term "posted." Although this metaphorical term is widely used by laypersons to describe the manner in which text and images are made to appear on the Internet, it is an inapposite metaphor to describe the operation of a website. Further objections to the term "post" as set forth in response to RFA # 1 are incorporated here by reference. Responding party further objects to the terms "form and format" as vague and ambiguous terms, especially in the context of web-design, in which the "form and format" in which text and images appear varies widely depending on which website editor has been utilized to build the website, and which Internet browser is utilized to view it. Thus, these terms requires definition to have an applicable meaning in this context. Without waiver of the foregoing objections, construing the term "form and format" to mean "the order of words, sentences and paragraphs in a prose work, and their presentation in typescript," and construing the term "post" to mean "affixing text and images to a medium that is publicly viewable by multiple viewers in a public location," RFA # 6 is DENIED.

**REQUEST FOR ADMISSION NO. 7:** Admit that any visitor to American-buddha.com or naderlibrary.com can access the Works without becoming a member of the "American Buddha Online Library."

**RESPONSE:** Objection is made to the term "can access" as vague and ambiguous as to time, and to the term, "becoming a member" as inapposite with respect to Internet Library patrons. Nader Library in Tucson, Arizona issues library cards to its brick-and-mortar visitors, and officially recognizes them as members. For several years, from approximately 2003 to 2007, it was technically impossible for a Library patron to

Exhibit 2
Page 5 of 7

access any of the Works on American-Buddha.com without providing an email address and acknowledging that they had in fact read the Copyright Notice currently at http://american-buddha.com/abol.toc.htm, acknowledging terms of service that included an anti-piracy pledge and affirmative representations of non-infringing purposes for accessing the Works.  Currently, responding party requests all visitors to send an email to the Librarian with "JOIN" in the subject line before accessing the Library collection.  Additionally, responding party is in the process of reinstating a similar system, and the software for that is being tested, and the log-in system is expected to be operational in the near future on both American-Buddha.com and NaderLibrary.com.  Further objection is made to the use of the term "member of the library" on the grounds that it assumes that having a "membership" adds to the legitimacy or rights of a library, when in fact memberships benefit library users, and add nothing to the rights of the library, that serves all those who desire access to knowledge.  For example, a member may obtain special privileges such as the "lending" privilege to take a book or recording out of the archive and keep it for a specified time period; however, everyone can read to their heart's content on the library premises, and this is actually the right of the public.  The American Buddha Online Library is not a lending library; in fact, an appropriate brick-and-mortar analogy for the Online Library might be that it is a reference library with a specialty collection.  Without waiver of the foregoing objections, RFA # 7 is DENIED.

DATED: August 14, 2014

/s/ John W. Sullivan
John W. Sullivan Cal. Bar No. 204648
Attorney *pro hac vice* for
Defendant American Buddha

Exhibit 2
Page 6 of 7

## PROOF OF SERVICE

I am a citizen of the United States with a business address of 2165 S. Avenida Planeta. I am over the age of 18 years, and not a party to the within action. I declare that, on the date subscribed below, I served the following document described as

DEFENDANT'S RESPONSES TO REQUESTS FOR ADMISSIONS

upon counsel of record herein by the method(s) described below:

Duane A. Bosworth / Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610

☐ by email to the above-referenced email address

☐ by personal delivery to the above-referenced addresses

☑ by placing the same in envelopes addressed to the above recipients, U. S. Mail, with first class postage fully prepaid, deposited into an official mailbox located in Tucson, Arizona.

☐ by Federal Express for overnight delivery.

Executed at Tucson, Arizona, on August 15, 2014                .

*[signature]*

CHARLES CARREON

Exhibit 2
Page 7 of 7