# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Penguin Group (USA) Incorporated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>American Buddha,<br><br>　　　　　　　Defendant. | No. CV-13-02075-TUC-JGZ<br><br>**ORDER** |

　　　On October 8, 2014, a telephonic conference was held in this matter at the request of the parties to resolve discovery disputes arising out of the videotaped deposition of Tara Carreon, an officer of the American Buddha Corporation. Plaintiff's counsel Duane Bosworth and defense counsel John Sullivan appeared telephonically on behalf of their clients.

　　　Plaintiff's counsel represented that at the deposition, Mr. Charles Carreon, Ms. Carreon's husband and Corporate Counsel for the American Buddha Corporation, continually interrupted Ms. Carreon's deposition by answering questions and talking throughout the proceedings. Plaintiff's counsel stated that Mr. Carreon insisted he had a right to participate as no protective order was in place precluding his presence at the deposition. In response, Counsel for American Buddha represented that Mr. Carreon was present at the deposition as a corporate representative. Nevertheless, both counsel stipulated that Mr. Carreon may remain in the deposition so long as he remain silent.

　　　Ms. Carreon also objected to the videotaping of her deposition due to privacy concerns, articulating a fear that the deposition would be published on the internet.

Plaintiff's counsel avowed that his Rule 30(b), Fed. R. Civ. P. Notice of Deposition alerted Ms. Carreon that her deposition would be videotaped and no prior objection was raised.

After considering the parties' stipulation and arguments, the Court ruled as follows:

1. Mr. Charles Carreon may remain in the deposition of deponent Tara Carreon so long as he remains silent and not interfere with the proceedings. In the event that Mr. Carreon violates this directive, he may be excluded from the deposition entirely.

2. Deponent Tara Carreon's objection to the videotaping of her deposition is overruled. Plaintiff's counsel may proceed with the deposition. No release of the video deposition shall occur outside the parties' use for 30 days from the date of this Order to provide Deponent Carreon time to file a protective order, if necessary.

Dated this 7th day of October, 2014.

_____
Jennifer G. Zipps
United States District Judge