John Sullivan (csb # 204648)
10857 Kling Street
North Hollywood, California 91602
Tel: (818) 769-7236
Fax: (818) 301-2175
sullivan.john84@gmail.com

Attorney *pro hac vice* for
Defendant American Buddha

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Penguin Group (USA) Inc., | Case No.:   CV-13-02075-TUC- JGZ |
| Plaintiff, | DECLARATION OF TARA CARREON IN SUPPORT OF MOTION TO QUASH DEPOSITION SUBPOENA |
| vs. | |
| American Buddha, | |
| Defendant | |

Tara Carreon declares and states as follows:

1. I make this declaration on personal knowledge, and if called as a witness could and would so competently testify.

2. I make this declaration in support of the Motion to Quash Deposition Subpoena (Docket # 138) filed by Charles Carreon, American Buddha's attorney.

3. I am the Director of American Buddha.

4. During the last fourteen years, Mr. Carreon has been the primary attorney for American Buddha.  He drafted the legal disclosures that appear on the corporation's Library websites, responded to all legal communications directed to

the corporation, and has handled all litigation directed against the corporation by Penguin Group (USA), Inc. ("Penguin").  Mr. Carreon handled the litigation either directly, by obtaining *pro hac vice* admission as he did in the Southern District of New York, or through the assistance of local attorneys, in the District of Oregon and the District of Arizona.

5. I became a professional legal secretary in 1986, and was so employed full-time in Los Angeles until 1994 by firms such as Paul, Hastings, Janofsky & Walker.  I was also the primar paralegal in charge of client communications in a 600-plaintiff nuisance action against Mobil Oil in Torrance, California during 1993-1994.  I also worked in 1995 in San Francisco at Heller, Ehrman.  I thus am very familiar with the importance of maintaining confidentiality with respect to attorney-client communications, and have kept all such communications and related work product strictly to myself.  The privilege has never been waived as to any communications.

6. I appeared at my deposition personally on October 7th and was deposed by Duane Bosworth.  I appeared as the 30(b)(6) Designee of American Buddha on October 8th and was deposed by Duane Bosworth.  Without making a full statement of all my objections to Mr. Bosworth's conduct at the depositions, that I will reserve for an appropriate occasion, I will note that Mr. Bosworth repeatedly attempted to pry into privileged communications between myself and Mr. Carreon.

7. To prepare for my deposition as American Buddha's designated witness to testify as to the categories of testimony set forth in the designee deposition notice propounded by Penguin and attached as Exhibit 4, I studied and prepared notes for two days, and prepared a complete testimonial outline, attached as Exhibit 5.

8. The day before my 30(b)(6) deposition was to commence, on October 7th, I gave Mr. Bosworth a binder that contained all of my deposition preparation materials, including: (a) Exhibit 5, the complete testimonial outline, (b) all of the discovery responses provided by American Buddha, and (c) various representative

documents relied upon in educating myself to testify responsively with respect to all categories set forth in the 30(b)(6) notice.

9. American Buddha has provided its witness list to Penguin, and Mr. Carreon is not listed as a witness.

10. I can think of no category of information that Mr. Carreon has learned, due to his representation of American Buddha, that would be discoverable from Mr. Carreon in this action.

I hereby declare, pursuant to the provisions of 28 U.S.C. § 1746 (2), under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at Tucson, Arizona on October 13, 2014

*/s/ Tara Carreon*
Tara Carreon, Declarant