IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL

Date: 10/30/2014

Civil Case No. CV 13-02075-TUC-JGZ

Title Penguin Group (USA) Incorporated v. American Buddha

Present:

HON. JENNIFER G. ZIPPS

Deputy Clerk: Michael Sears                           Court Reporter: Aaron LaDuke

ATTORNEY(s) FOR PLAINTIFF                             ATTORNEY(s) FOR DEFENDANT

Duane Bosworth and Timothy Cunningham                 John Sullivan for American Buddha (telephonic)
(Appearing Telephonically)

MOVANT

Charles Carreon Pro Se (Present)

# MOTION HEARING

Oral Argument heard re: (doc. 138) Motion to Quash Deposition Subpoena.

**IT IS ORDERED** that Motion (doc. 138) is moot for the reasons as stated on the record.

**IT IS FURTHER ORDERED** that the request for sanctions is denied.

**IT IS FURTHER ORDERED** that the Defendant shall produce any additional documents responsive to requests or that have been committed to being provided at the depositions no later than 12:00 PM on 11/5/2014.

**IT IS FURTHER ORDERED** that the deadline for filing Dispositive Motions is extended to 11/25/2014.

**IT IS FURTHER ORDERED** that the Joint Pretrial Order deadline is 12/12/2014.

Motion Hearing: 27 Minutes
Start: 10:30 AM   Stop: 10:57 AM