John W. Sullivan (Cal. Bar # 204648)
10857 Kling Street
North Hollywood, California 91602
Tel: (818) 769-7236
Fax: (818) 301-2175
JohnW.Sullivan@yahoo.com

Attorney *pro hac vice* for
Defendant American Buddha

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Penguin Group (USA) Inc.,** | Case No.:  CV-13-02075-TUC- JGZ |
| Plaintiff, | UNOPPOSED EX PARTE APPLICATION PURSUANT TO F.R.Civ.P. 6(b) TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| **American Buddha,** | |
| Defendant | |

      To the Court, and to all parties and their counsel of record, please take notice that defendant American Buddha hereby applies to the Court *ex parte* pursuant to Rule 6(b)(1) for a one-week extension of time to file opposition to the motion for summary judgment served by Plaintiff Penguin Group (USA) Inc. ("Penguin") on December 16, 2014 (Docket # 160).

      The grounds for the application are that it is timely made prior to the expiration of the time for responding to the subject motion, that no prior extensions have been requested, and that the need for the additional time is reasonably intended to allow

counsel for defendant, defendant's representatives, and defendant's witnesses to enjoy the Christmas and New Year's holiday with their families and friends without having to take time away to prepare the opposition.

The application is based on this Memorandum of Points and Authorities, the Declaration of John W. Sullivan submitted herewith, the evidence attached thereto, and the files and records of the action.

DATED: December 23, 2014                    /s/ John W. Sullivan
                                            John W. Sullivan (Cal. Bar No. 204648)
                                            Attorney for Defendant American
                                            Buddha, admitted *pro hac vice*

## MEMORANDUM OF POINTS AND AUTHORITIES

### 1.  This *Ex Parte* Application Is Statutorily Authorized Under Rule 6(b)(1)

This *ex parte* application is statutorily authorized under F.R.Civ.P. 6(b)(1), and timely filed prior to the expiration of the deadline as to which relief is requested.

### 2.  Under Rule 6(b)(1), Good Cause Exists To Grant the Application

This application is directed to this Court's sound discretion,[1] the Ninth Circuit directs the District Courts to apply that discretion with liberality, such that, "in the absence of bad faith," this application should be granted.

> "A motion for extension of time filed before a deadline has passed should 'normally . . . be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'"
> *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010).

When discussing the meanings of the "good cause" standard in various procedural situations, the Ninth Circuit gave Rule 6(b) as an example for how lenient the standard can be:

> "Federal Rule of Civil Procedure 6(b) provides that courts 'for good cause' may extend the time limits imposed by the rules of civil procedure. Interpreting this language, courts have said that the good cause standard and an extension *'normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'"*
> Fed. R. Civ. P. 6(b)(2).
> *California Trout v. F.E.R.C.,* 572 F.3d 1003, 1027, n. 1 (9th Cir. 2009),quoting 4B Charles Alan Wright, Arthur R. Miller & Edward H. Cooper, Federal Practice and Procedure § 1154 (3d ed. 1998)(emphasis added).

American Buddha seeks only a brief extension for good cause that is clearly in good faith.

### 3. The Application is Unopposed

Counsel for American Buddha has secured the non-opposition of plaintiff's counsel to this application.

---

[1] *In re Veritas Software Corp. Sec. Litig.*, 496 F.3d 962, 974 (9th Cir. 2007).

**4. Conclusion**

    The facts set forth in the Declaration of John W. Sullivan establish good cause for this Court to grant the requested extension of time for defendant to file opposition to the pending Motion for Summary Judgment (Docket # 160), filed on December 16, 2014, from January 20, 2015 until January 27, 2015.  Accordingly, the Court is respectfully requested to an issue an Order in the form submitted herewith, granting the said requested relief.

DATED: December 23, 2014            /s/ John W. Sullivan
                                                               John W. Sullivan Cal. Bar No. 204648
                                                               Attorney for Defendant American Buddha