# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Penguin Group (USA) Incorporated,<br><br>                  Plaintiff,<br><br>v.<br><br>American Buddha,<br><br>                  Defendant. | No. CV-13-02075-TUC-JGZ<br><br>**ORDER** |

       Pending before the court is Defendant American Buddha's (First) "Unopposed Ex parte Application pursuant to Fed. R. Civ. P. 6(b) to Extend time to file Opposition to Motion for Summary Judgment." (Doc. 164.)

       *Ex parte* motions are rarely justified. *Yokohama Tire Corp. v. Dealers Tire Supply, Inc.*, 202 F.R.D. 612, 613 (D. Ariz. 2001) (citation omitted). To be justified, the evidence must show that the moving party's cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures. *Id*. The Federal Rules of Civil Procedure also require that "every pleading" and "every written motion other than one which may be heard ex parte" subsequent to the complaint be served upon each of the parties. *See* Rule 5(a), Fed. R. Civ. P. Here, Defendant indicates it has consulted with Plaintiff's counsel and received no opposition to the requested extension. (Doc. 164.) Thus, Defendant has not stated a basis for moving ex parte or any procedural rule requiring that this motion be heard on an *ex parte* basis. Defendant has not shown that its case will be irreparably prejudiced if its motion is heard according to regular noticed motion procedures. For these reasons, the Court will deny Defendant's *ex*

*parte* request for an extension without prejudice. Plaintiff may re-file a non-*ex parte* request.

Accordingly,

**IT IS ORDERED** that Defendant's "Unopposed Ex parte Application pursuant to Fed. R. Civ. P. 6(b) to Extend time to file Opposition to Motion for Summary Judgment" (Doc. 164) is **DENIED WITHOUT PREJUDICE**

Dated this 12th day of January, 2015.

*Jennifer G. Zipps*
United States District Judge