# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Penguin Group (USA) Incorporated,<br>  Plaintiff,<br>v.<br>American Buddha,<br>  Defendant. | No. CV-13-02075-TUC-JGZ<br><br>**ORDER** |

Pending before the Court is Defendant American Buddha's "Second Unopposed Ex parte Motion for Extension of Time to File Opposition to Motion for Summary Judgment." (Doc. 166.) This Court previously denied Defendant's motion to extend time without prejudice because defense counsel filed the motion *ex parte* without legal cause for doing so. (Doc. 165.) Despite the Court's instruction that such motions should not be filed *ex parte*, defense counsel has again filed an *ex parte* motion without legal cause.

//
//
//
//
//
//
//

Accordingly,

**IT IS ORDERED** that Defendant's "Second Unopposed Ex parte Motion for Extension of Time to File Opposition to Motion for Summary Judgment" is **DENIED WITHOUT PREJUDICE**.  (Doc. 166.)

Dated this 14th day of January, 2015.

_____
Jennifer G. Zipps
United States District Judge