JOHN W. SULLIVAN (CSB # 204648)
Attorney at Law
10857 Kling Street
North Hollywood, CA 91602
Tel: 818-769-7236
Fax: 818-301-2175
Email:  sullivan.john84@gmail.com
Attorney *pro hac vice* for
Defendant American Buddha

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Penguin Group (USA) Inc.,** | )   Case No.:   CV-13-02075-TUC- JGZ |
| **Plaintiff,** | ) <br> )   DECLARATION OF TARA LYN <br> )   CARREON IN OPPOSITION TO MOTION <br> )   FOR SUMMARY JUDGMENT |
| **vs.** | ) |
| **American Buddha,** | ) |
| **Defendant** | ) |
| _____ | ) |

DECLARATION OF TARA LYN CARREON

1.  I make this Declaration in opposition to the Motion for Summary Judgment of Penguin Group (USA), Inc. ("Plaintiff"), based on personal knowledge and matters of opinion that will be of assistance to the Court as finder of fact, as to matters within lay knowledge, and within my professional experience as the Director of American Buddha and the Librarian of the American Buddha Online Library ("ABOL").  If called as a witness, I could and would so competently testify.

2.  I am the Director of American Buddha, an Oregon non-profit religious corporation, lawfully formed as a corporation sole pursuant to ORS § 65.067, that provides in subsection (1):

> An individual may, in conformity with the constitution, canons, rules, regulations and disciplines of a church or religious denomination, form a corporation under this section to be a corporation sole. The corporation sole is a form of religious corporation and differs from other religious corporations organized under this chapter only in that the corporation sole does not have a board of directors, does not need to have officers and is managed by a single director who is the individual who constitutes the corporation and is the corporation soles incorporator or the successor of the incorporator.

3.   My background in scholarly and spiritual endeavors begins with childhood. My mother was an educator who rose to become the first female elementary school principal in the state of Arizona, and inspired the devotion of students and faculty at a series of elementary schools in Mesa, culminating in her final position at Crismon Elementary School, where she worked energetically to provide students, teachers and administrators with the essential tools for educating the next generation.

4.   My own career trajectory, and some of my primary interests relative to the operation ABOL, were shaped in large part by an unexpected exposure to the war in the Middle East as a young woman on a Brigham Young University semester abroad program at Hebrew University in Jerusalem. Our studies into Middle Eastern history, and my fascinated exploration of the Arab quarters of Jerusalem, came to a sudden halt when the Yom Kippur War began. Some of our teachers were mobilized into the Israeli Defense Forces, and I was shocked at their transformation from reasoned individuals into impassioned zealots eager to kill an enemy. As war was launched against the Arabs, I was also appalled by the foolish excitement displayed by my fellow-BYU school colleagues.  Before we had gone to Israel, the group had travelled in Germany and Auschwitz.  Perhaps intended to induce sympathy for the Israelis, the effect on me was somewhat paradoxical, because upon arrival in Israel, I was struck by the similarity between the barracks and barbed-wire structures of the concentration camp and the caged conditions of the Palestinian refugees. How, I asked myself, could today's Israelis not see that, to some extent, they were inflicting upon the Palestinians sufferings that had been inflicted upon them? My

consideration of this conundrum led to the conclusion that in a further irony, religion, that had always been presented to me as a force for peace and creativity in our sheltered Mormon community, could actually provide justifications to set people against each other, condemning generations to mindless warfare over grievances with purportedly ancient roots that have no relevance to life today. Accordingly, I became an atheist, because the deletion of "God" from my philosophical vocabulary seemed essential to living a moral life. This conclusion, suddenly and deeply reached, left me feeling alienated from my friends, and during the remainder of the trip until my return to Arizona, I spent most of the time by myself, ruminating on these serious questions.

5.   I resumed my college studies at Arizona State University in 1974. I pursued studies in biology, life sciences, and was interested in obtaining a degree in agriculture, aspiring to move to the country and start a farm in what was then known as the "back to the land movement." It was in 1974 that I met my future spouse, Charles Carreon, in a freshman humanities class. We immediately became very attached to each other, and after a whirlwind romance that included a hitchhiking trip from Denver to Florida to Michigan and back to Mesa, Arizona, Charles proposed to me, and as soon as he turned 18, we were married by a local Justice of the Peace in Tempe, Arizona, my mother being the only witness.

6.   During 1976, following the trail of the mystics, Charles and I took a 7-month trip overland to India.  Departing from New York, we landed in Luxembourg, trained to Istanbul, and rode buses from Istanbul, Turkey, to Tehran, Iran, to Kabul, Afghanistan, to Lahore, Pakistan, and thence to Amritsar, India.  In India, we travelled from Jammu to Benares and Bodh Gaya, the holy Hindu and Buddhist cities of India, respectively.  I was fascinated by the culture of India, that we experienced first-hand, spending a full month living on a houseboat in Benares, moored on the

Ganges, where the ancient rituals were still conducted all around us. While in Benares, I studied the Indian tabla instrument, which is the drum on which the sitar and other instruments are accompanied. It was in Bodh Gaya that I first received instruction in Buddhist meditation, and would mark that as the point of my conversion to Buddhism that later blossomed into taking refuge with the Tibetan lama  Gyatrul Rinpoche. In India, I attended a 10-day retreat at the very large Thai temple, rooming with other women in segregated sleeping accommodations, while Charles kept to the men's quarters. The experience was very interesting and educational, and gave me a first experience of spirituality without "God" whom I had not been moved to let back into my life.

7.   In 1978, after the birth of our first child, Joshua, we moved to Ashland, Oregon, the focus of back-to-the-land activity all through the 60's and 70's. Charles obtained work as a union grocery clerk, we were able to establish ourselves in the community, and were invited to join the Rainbow Star commune by its founder, Walter Von Finck. The commune was loosely organized, and communal more in name than substance. Nevertheless, it was there in Colestine Valley, Oregon, that we began our back-to-the-land experiment, that eventually led to our family becoming the first residents on what is now the Tashi Choling Buddhist Retreat Center in Southern Oregon, site of some of the largest Buddha statues in the United States, built under the auspices of the Venerable Gyatrul Rinpoche  in his capacity as the holder of both the Dudjom Tersar and Payul lineages of Nyingmapa ("Ancient Ones") lineage of Tibetan Buddhism, of which Charles and I were members starting in 1978, when we took the Buddhist vows of refuge with Gyatrul Rinpoche.

8.   After giving birth to my second child, Maria, and living in a one-room circular cabin called a "yurt", I decided to resume my college education at Southern Oregon State College (now

Southern Oregon University "SOU"). When I resumed my studies at SOU, I did not continue in the field of agriculture, because SOU had no agriculture program.  I had developed an interest in human behavior and social structuring, however, and was fortunate to have as my faculty advisor Leon Schwartzberg, a man so devoted to Indian culture that eventually he married a woman from India and brought her to Oregon. Although SOU is not a particularly prestigious institution, fortunate students may find dedicated teachers like Professor Schwartzberg, who inspired me to academic excellence. I graduated with a major in Sociology and a minor in Anthropology Summa Cum Laude in 1983, also receiving the Birge Memorial Award for sociology that same year, an award that was presented at graduation and included a senior stipend.

9.   I have provided the foregoing recapitulation of the various events that resulted in my adoption as Buddhism as my philosophy and framework of ethical beliefs. The features of Buddhism that attracted me to become a follower of "the Dharma," were (a) The duty of the Buddhist aspirant to ascertain the truth of existence personally and directly just as the Buddha did himself; (b) Buddhism's well-known rejection of killing of human beings and animals as "non-virtue," to be avoided by all Buddhists without exceptions for "just" wars or other such dogmatic conveniences; and, (c) the absence of a Deity.  These features remain important and fundamental to me to this day, and were of central importance to me in the year 2000, when I formed American Buddha as a single Director Oregon non-profit religious corporation sole under the statute quoted *supra*. I selected the corporation sole form consciously, because the purpose of that statute was clearly to endow any individual with the opportunity to establish a "congregation of one."

10. The year after I resumed my studies at SOU, so did my husband, and thus we both graduated from SOU in 1983. Immediately after we graduated, we moved to Los Angeles, to an apartment in Brentwood, so that Charles could attend UCLA Law School.

11. Before Charles had attended his first law school class, I had obtained a job as a legal secretary, primarily on the basis of a skill I had acquired as a Buddhist -- transcribing cassette tapes. It was, however, the first time I had ever used a word processor. All of my prior transcription work, transcribing the oral, translated lectures delivered by Gyatrul Rinpoche and other Tibetan Buddhist lamas, had been hammered out on an old B-model IBM, although paper was so dear I often typed on two sides of the typewriter paper. I became deeply devoted to the process of making knowledge accessible to others for their knowledge and education. In Buddhism, Tibetan Buddhism particularly, knowledge is an actual specific focus of veneration, and the Buddha of learning is known as Manjushri. We were specifically exhorted by Gyatrul Rinpoche and other lamas, and I seriously took it to heart, that it is a source of inconceivable merit to copy, reproduce, and distribute Dharma literature. The Buddhist concept of "Dharma literature" extends far beyond the enormous liturgical and doctrinal canon that was painstakingly passed down from printing on carved wooded blocks for over a thousand years. It extends to all wholesome works that enable human beings to live positive lives, especially works on medicine, law, the useful handicrafts, astronomy, mathematics, grammar, etc.

12. My work as an archivist and Librarian arose out of my duties as the secretary of Los Angeles Yeshe Nyingpo. As noted above, from 1983 through 1994, the Yeshe Nyingpo Los Angeles Buddhist Center was located in my home, first at 16th and Bay Street in Santa Monica, and then at 914 5th Street, Santa Monica, California. The congregation numbered approximately 30 members, and we hosted gatherings of scores of Buddhist students at the 914 5th Street address,

including major ceremonies and teachings lasting over multiple days. As the secretary, it was my duty to maintain ready copies of liturgies and teachings for the use of students and teachers, many of which were rare and difficult to obtain, but essential to the practice of the Tibetan Buddhism as taught in the Nyingmapa lineage.

13. In April of 1994, Charles and I moved our family back to Ashland, Oregon. I continued to practice Tibetan Buddhism, and in 1999, traveled to Kathmandu, Nepal, to accompany my younger daughter, then 17 years old, to study Tibetan Language and Buddhist doctrine at the Rangjung Yeshe Institute. We remained there for four months. During this time I was reading the book, "Illusion's Game," by the Venerable Chogyam Trungpa Rinpoche, while my husband was working in the United States on an important case involving this new thing called the Internet. Additionally, the techies had the world on edge about the "Y2K" bug.  Thus, both Buddhism and the Internet were on my mind during my time in Kathmandu. When I read Chogyam Trungpa's exhortation in "Illusion's Game" to develop ourselves as "American Buddhas," I was deeply moved, and sensed I had found a mission -- to help Americans like myself, who had fervently embraced Buddhism, to become genuine "American Buddhas."  I figured I needed a website to do that.  Because I didn't know how to register an Internet domain name in the year 2000, I asked Charles to register "AmericanBuddha.com," and he registered American-Buddha.com as the nearest available option.

14. When I returned from Kathmandu, I joined the plaintiff's legal team as head paralegal in the Internet case that Charles was working on, *Kremen v. Cohen*.[1] As a result, I learned quite a bit more about the Internet.  My involvement in the case ended shortly after the November 27, 2000 permanent injunction was granted. At that point, I retired from working on the case, and

---

[1] *Kremen v. Cohen*, 337 F.3d 1024 (9th Cir. 2003).

generally from employment as a legal secretary, and began devoting myself to further studies in the field of American Buddhism.

15. At the end of year 2000, or early 2001, I launched the first iteration of a website at american-buddha.bigstep.com. Sometime in early 2001, I transferred the existing website content to american-buddha.com, using commercial webhosting services, and authoring my own web pages using the Microsoft HTML editor, FrontPage to publish to the rented web server.

16. The Internet in 2001 was quaintly small-townish, and generally quite friendly. Promoting the website was never a concern for me, because being discovered as a new Buddhist website in those days was not difficult. There was very little "clutter" in the Google search engine, at least for Buddhist-related terms, and shortly after publishing the first iteration of the website I received comments, criticisms, and kudos from fellow-Buddhist net-heads. My goal for the website, at the outset, was to share ideas with other Buddhists, particularly devout Tibetan Buddhists like myself. Over 20 years of practicing Tibetan Buddhism, I had completed the entire course of esoteric "preliminary practices," and received initiation into very elevated teachings and practices. Nevertheless, I was disturbed by what I had discovered over the years -- namely, that Tibetan Buddhism was in fact a patriarchal, theocratic, feudal system in which rational thinking is oftentimes honored only in the breach, and women were generally presumed to be less "spiritually endowed" than men. Accordingly, the view I wished to share with my fellow devout Tibetan Buddhists was that, to respond fully to Trungpa Rinpoche's exhortation to become American Buddhas, we had to appreciate the philosophical tradition of the Western world, including the empirical philosophies of the Western Enlightenment, with its gifts of scientific inquiry and reasoned analyses. I also wanted to communicate a second, fundamentally political idea, because I felt many Tibetan Buddhists were cheerfully abdicating principles of

equality and democratic values in a search for the comforts of received authority as expressed in the persons of the lamas. I wanted to urge my fellow Tibetan Buddhists to remember that our nation is founded on principles of democratic freedom essential to all our cherished civil rights. Our civil rights should not be taken lightly by blindly adopting the foreign cultural traditions of our new eastern religion.  Tibet happened to be the world's most long-lasting theocracy, with early Western accounts of the Dalai Lama routinely referring to him as "The God-King."  I did not see theocracy as an improvement over democracy, and wished to counter ideas such as those of Robert Thurman, the father of the famous actress and friend of the Dalai Lama, whose book, Inner Revolution, I analyzed and critiqued for its anti-democratic notions and theocratic cant. <http://www.american-buddha.com/inner.revol.thurman.htm>

17. These issues were burning issues for me, and I condensed the substance of my analysis into an essay entitled "Another View on Whether Tibetan Buddhism is Working in the West." <http://www.american-buddha.com/tib.bud.working.htm> For several years, this individual essay was one of the primary drivers of site visits from site visitors who were looking for Buddhist-related information. The article became a frequent source of student inquiry, and several well-known Buddhist lamas published responses to "Another View" on the Internet. Dharma is Independent of Culture <http://www.purifymind.com/IV5.htm>; East-West, West-East by Dzongsar Khyentse Rinpoche, 6/12/2009 http://gomde-dk-sangha.blogspot.com/2009/06/east-west-west-east-by-dzongsar.HTML. My argument shifted the debate toward an attitude of rational self-scrutiny by Tibetan Buddhist students, as the citation to "Another View" in several scholarly Buddhist papers regarding the evolution of American Buddhism have indicated. *See,* B. Dawei, *Conversion to Tibetan Buddhism: Some Reflections* http://www.bhutanstudies.org.bt/publicationFiles/ConferenceProceedings/BuddhismConference2

012/4.Buddhism2012.pdf; *see also,* M. Restrepo, *Transmission, Legitimation, and Adaptation: A Study of Western Lamas in the Construction of 'American Tibetan Buddhism'*

<http://digitalcommons.fiu.edu/cgi/viewcontent.cgi?article=1934&context=etd>

18. After having formulated my thesis in "Another View," I felt it necessary to support it with facts and scholarly evidence. I began conducting Internet research into various topics that were essential to supporting my thesis: (1) The Western philosophy of rational inquiry; (2) The evils of cultism; (3) The role of mythology in deranging the minds of human individuals and the political bodies we form; (4) The power of corporations to control individuals through media, symbols, and mythology; (5) The aggregation of occult power in the hands of civil authorities; and (6) The influence of spiritual groups and cults on the course of human history.

19. Inquiring into these topics, I quickly discovered how limited my education had been. Primarily, it was composed of gaps, and I thought to fill those gaps by reading books, of course. But I had a problem. I didn't find it easy to read. Although I had had flawless vision throughout childhood and early adulthood, in my late 40's, I had a hard time reading due to blurry vision that reading glasses did not seem to remedy. I was therefore pleased to find that the fonts on the Internet could usually be scaled up, and so I could read virtually any book easily. The screen provided all of the illumination I needed, and typesize could generally be manipulated until it was readable. So I began to study everything I could find on the Internet in my chosen areas of inquiry. Of course I consumed a great deal of public domain materials -- much of the core material that I published about American politics and the great patriots, like Thomas Paine, was obtainable in public domain due to the relatively ancient nature of the material.

20. However, I quickly discovered there was a limit to what I could achieve in terms of intellectual growth by relying exclusively on public domain sources.

21. Due to the Sonny Bono Copyright Extension Act of 1978, the 56-year maximum term of copyright was extended to 95 years for corporate works-for-hire. Thus, the central creative works of my childhood will not come into the public domain until I and most other baby boomers are in our graves.  Thus, I discovered much to my disappointment, that the public domain was a vital, but inherently limited and insufficient resource for scholarship. Within the public domain, there are great numbers of valuable materials that are difficult to find or have "format" problems that make the content invisible to Google. This is a common problem with the scanned PDFs of typewritten transcripts, for example, of Congressional hearings, and court proceedings. My work as a librarian has probably focused as much on getting valuable public domain documents out of their PDF "prisons," and into digitally searchable HTML script. For example, ABOL was among the first websites to publish the infamous Northwoods Joint Chiefs of Staff document detailing plans to create a phony *casus belli* to justify a United States invasion of Cuba. And ABOL was the first to pull the full text of the Northwoods document out of PDF and put it on the website in HTML, thus allowing interested persons to find the document more easily on Google. ABOL performed the same public service, transforming PDFs to HTML with respect to many important government documents.

22. The American Buddha website grew organically from my own studies, and is a bit of a homespun creation. I grew up sewing -- quilts, among other things, and my websites are like quilts, stitched together with hyperlinks to create relationships between topics that my studies have shown me are related. Sometimes, I have discovered connections between topics that some scholars and many media outlets don't connect, assuming they cover the topics at all; accordingly, to enhance the transformative value of the Library's work, the Library uses hyperlinks to make novel, accurate connections between topics whose relations are ignored.

23. American Buddha is dedicated to providing politically-relevant information to Library Patrons, and the scope of that information is focused on various scholarly inquiries I have conducted into numerous topics. Over the years, I have condensed the substance of my investigations into essays that are presented on the first page and the Site Map of the website. As I study new areas, I create new site tabs and site maps and new front pages to record where I have been, and share my insights with the reading public and library patrons. Over the years, the American-Buddha.com website has had several new front pages added, and they are collected and viewable at:

http://american-buddha.com/index.old.2.htm

http://american-buddha.com/novadonnavalentine.htm

http://american-buddha.com/index.evolveordieearthlings.htm

http://american-buddha.com/newsignuppage.htm

http://american-buddha.com/ABOLSIGNUPPAGE3.htm

http://american-buddha.com/CHILDOFFORTUNEORIGINAL.htm

http://american-buddha.com/index.old.1.htm

24. These front pages were composed retrospectively and placed hyperlinks to recently added content in a context of meaning that reflects both serious and fanciful themes. For me, these new pages were an opportunity to review the new reading and research that had driven the last wave of web-site creation, and bring Library Patrons up to date on new additions to the digital archive of works that I am developing for the public benefit (the "ABOL Archive").

25. Because I came to enjoy reading off the computer screen much more than I ever had when reading off the page, I started scanning more books simply to be able to read them. Initially, I photocopied books and fed the sheets through a sheet-feed scanner. Now, unless the book is very

costly, I usually destroy it to scan it, slicing the pages out of the book and feeding them through a two-sided scanner.  Once processed like this, a paper volume is no longer physically loaned out, because it has no binding.  Only the digital copy has real utility, and that utility is much greater than that of a paper book.

26. Initially, I would read every book simultaneously with posting it to the Internet, but as I became more devoted to providing Library Patrons with material, the process moved beyond being a vehicle for personal study, and became a project to share my discoveries with scholars worldwide. Thus, sometimes I am only able to skim a book while converting it to HTML Chapters, but even then, I try to add transformative elements such as quotes from related materials, photographs that are illustrative of ideas expressed in writing, and hyperlinks to related materials.

27. My decisions about what to read next are driven by my intention to grow the ABOL Archive in a way that enriches the existing collection by providing backup research materials and increasing informational density about the topics that the Websites explore. When I read and convert a new book to HTML, I always reproduce copyright and author information, and I am particularly attentive to proofread the notes and bibliography, so bibliographic information transfers to the web version accurately and completely. I then review the bibliography and notes carefully, considering whether I can hyperlink to such content because it is already in the ABOL Archive, or whether I should consider acquiring a new work to make the collection more comprehensive.  Growing the ABOL Archive in this way enhances its utility for scholars as a transformational resource to enhance scholarship by tapping the richness of digital resources.

28. One of the Four Titles that is the subject of this litigation is a good example of how challenging and valuable footnotes and bibliography can be. *On the Nature of the Universe*, at

http://www.american-buddha.com/on.nature.toc.htm. The process of converting scanned PDFs of a book with such a complex set of notes and bibliography is very time-consuming. I now have the task streamlined. Suffice it to say that a scholarly book of 300 pages in length can easily consume well over 12 hours of time in the process of converting it to HTML script. When works that include many charts or graphs or images are involved, the task becomes much more complex. Thus, the notion that it is "easy" to create an Internet library from scans of paper books is facile and entirely erroneous. If I had been paid $30 per hour for all the work I have done to create the Library archive from paper documents and locked-up PDFs, it would be worth well over $1 million. This is completely without considering the expenses of operating the website, that currently pencil out to approximately $300 per month just for a rented server and ancillary expenses, not including the budget for new book purchases.

29. Librarians class books according to literary categories. *On the Nature of the Universe* and *The Golden Ass* are English translations of ancient Latin works. *Oil!* by Upton Sinclair and *It Can't Happen Here* by Sinclair Lewis are classics of American literature.

30. To understand the nature of any work of linguistic expression, one must not only look at what is expressed, but at how that work is used by the typical reader. In this case, based on my professional experience and study, all Four Titles are typically read for educational purposes by students. *The Golden Ass* is a Latin work that was brought to my attention by my daughter, who was a Classics major at Stanford during the early years when I was building American-Buddha.com. *On the Nature of the Universe,* another Latin work was familiar to me from college studies in philosophy and the humanities. Beyond the student market, it is my opinion that translations of Latin classics are not popular reading material. *Oil!* and *It Can't Happen Here* are of course modern classics that have appeal beyond the student market, but based on

what I have learned about visitors to the American Buddha Websites over the years, it is my opinion that most of the people coming to read the philosophical and literary work are high school and college students and serious scholars.

31. I bought each of the Four Titles for American Buddha as bound paper books.

32. For scholarly purposes, American Buddha's HTML Chapters of the Four Titles provide the opportunity to practice modern scholarship with the full arsenal of digital searching and text-mining techniques.

33. The transformative features of American Buddha's use also include making the Four Titles readable by the blind, using features available on a standard iPhone, or on a desktop computer, using "screen reader" technology like NonVisual Desktop Access ("NVDA")  that "reads the text on the screen in a computerized voice."

34. Because I own each of the Four Titles in a paper book form, I have all of the rights that accrue to an owner of a paper copy of a purchased copyrighted work, including the right to scan the books to magnify them on a computer screen.  I also have the right to store my scans on my own web-server in HTML Chapters, where I can access them via URL.  Infringement could only arise if someone other than myself, who lacks the rights of ownership I possess, accessed my books in a way that infringes Penguin's rights.  To my knowledge, based on reviews of and discussions about the web traffic for the Four Titles, there has never been any infringing use by a Library visitor of any of the Four Titles.

35. The Four Titles have all been scanned into Google Books, are available as "snippets" through the Google Books search engine, and are available elsewhere on the Internet as HTML pages and downloads.  Penguin sued Google over the Google Books project in the Southern District of New

York, but dismissed the action after it was transferred to Judge Chin.  (Dismissal and Complaint jointly attached as Exhibit 1.)

36. American Buddha takes paper books that it owns, and transforms them into digital text by scanning them into Adobe Acrobat PDF, running Optical Character Recognition ("OCR") on the PDF, cutting and pasting the rough digitized text into Microsoft Front Page HTML Editor, removing all the formatting, correcting the typography, adding footnotes and images, and hyperlinking the page to related materials.  Then, one chapter of each title is copied and pasted into an individual HTML web page to create "HTML Chapters," each with its unique URL, that are uploaded to the ABOL Archive on a web-server.

37. A paper book thus processed and placed in the ABOL Archive has been thoroughly transformed.  *First*, each HTML Chapter has become part of a curated collection of carefully chosen philosophical, political, and literary books, that can be digitally searched to reveal references to the same word in all of the works within the collection, and the works serve as reference material for related works in the collection.  *Second*, the original text, that was readable only by human eyes, has now been transformed into digital text in the body portion of the HTML code that can be: (a) transmitted via web servers, (b) analyzed by search engines, (c) processed with analytical programs that perform textual analysis and text mining, (d) read by screen readers for the blind and other disabled persons, (e) used by scholars to  look up quotes, check student papers for accuracy, provide a URL citation so other scholars can find reference works, perform a site-specific search of the ABOL Archive as described above, or perform textual analysis and data mining.

38. I became aware of the value of websites that work well with screen readers after this litigation began, and am now familiar with the technology that is discussed in the Testimony of

Scott LaBarre, the President for the National Association of Blind Lawyers attached as Exhibit 2, and the Declaration of George Kerscher submitted in *Author's Guild v. HathiTrust,* Case No. 11-cv-6351 (S.D.N.Y. 2012), attached as Exhibit 3.  Mr. LaBarre's testimony argues that transforming text from paper to digital format will increase access to everyone and eliminate much of the need for special accommodations to the blind.  Mr. Kerscher's testimony was apparently quite influential in the decision of the HathiTrust case, and certainly enlightened me to the value of digitizing text from paper formats:

> "Today, blind readers access digital books with a screen reader or built-in text-to-speech software, both of which can output information either as a computerized vocalization of the text or as braille, through a refreshable braille pad. Unlike books narrated by human readers, accessible digital books can be read as quickly as the reader wants, or even skimmed. Further, they provide significant search and navigation capabilities, allowing readers to jump from chapter to chapter, paragraph to paragraph, and sentence to sentence, as well as to discern spelling. This allows blind readers to re-read certain sections of a work they might not grasp on the first pass, just as a sighted reader may re-read a complicated passage."
>
> (Exhibit 3, Kescher Dec. ¶ 21.)

39. Mr. Kerscher also explains why scanning and OCR are necessary, and how providing additional metadata is very helpful for the blind.  (Exhibit 3, Kescher Dec. ¶¶ 22 - 24.)  Mr. Kerscher explains that not only the blind, but also disabled "low vision readers" can use screen-readers to "use print and sound at the same time," by "visually discern[ing] paragraphs or chapters while using sound to read characters and words."  (Exhibit 3, Kescher Dec. ¶ 25.)  I respectfully request the Court to take judicial notice of these documents pursuant to F.R.E. 201.

40. Although the HTML Chapters are linked one to the next, Library Patrons cannot download a "local file" of an entire chapter, much less a full copy of any of the Four Titles from the Websites.  Patrons are restricted to browsing the HTML Chapters, and are notified that unnecessary copying is unlawful by the Copyright Notice that is made required reading by the First-visit Popup (Exhibit 4), and is reiterated in a highlighted box that appears at the top of each

of the Four Titles. (Exhibit 4.) HTML Chapters do not supplant paper books because, for one thing, they disappear off your computer as soon as you close the browser. If the teacher requires that you "buy the book," access to the HTML Chapters via URL cannot substitute for the purchase. Nor are the HTML Chapters good raw material for illicit copying, because compiling all of the HTML Chapters to create a single file of a single book is so time-consuming that in my opinion, no one would bother to do it. Nor would anyone create such a file to print a paper copy, because the cost of printing out an entire book with a desktop printer would be counterproductive, in time and materials. American Buddha's HTML Chapters are good for digital scholarship, not for fulfilling the reading requirements or relaxing with a good book.

41. American Buddha performs all of its activities for the sake of public benefit, with the Librarian providing all of the labor and funding for the American Buddha Online Library. American Buddha spends money on its operations that it does not even hope to recoup in donations. Hosting costs, estimated for 2013 and 2014, are currently $250.00 a month against total pay pal revenues of less than $300.00 during the same time period. The purposes of American Buddha are to fulfill political, social and religious goals that require the education and edification of humanity. The library nature of the Websites is announced to all new visitors via a pop-up announcement.

42. On the Nature of the Universe, "De rerum natura" in Latin, is a poetic work on Epicurean philosophy by Lucretius, a Roman philosopher who lived in the first century B.C. The Latin original is of course in the public domain, but Penguin owns the copyright on an English prose translation by Ronald E. Latham first published in 1950. Translation of the classics from Latin is basic scholarly work, and Latin translation is available commercially at budget rates. Thirty-six other Latin scholars, and Latham, have translated Lucretius' novel ideas into English. De

rerum natura has a Wikipedia page at http://en.wikipedia.org/wiki/De_rerum_natura.  The

Latham translation of On the Nature of the Universe is downloadable in PDF from Scribd.com at

https://www.scribd.com/doc/85550506/The-Nature-of-Things-Lucretius.

43. The Roman author Apuleius wrote The Golden Ass in the second half of the second century

A.D.  Modern scholars consider The Golden Ass the first Latin novel of which we have a

surviving copy.  Apuleius tells the story of Lucius, a foolish man turned to a donkey by meddling

in sorcery, who suffers greatly in a series of misadventures until he is restored to human form by

a goddess' divine intervention.  The book is a scholarly staple, with its own Wikipedia page with

a full summary of the plot that leaves no mystery as to its twists, turns, and outcome.   The novel

is stuffed with bizarre, salacious tales involving torture and cruelty to women.    While the

original was certainly creative, the work copyrighted by Penguin is a translation by E.J. Kenney.

44. In my opinion, Kenney's translation is a reference work used by students reading books

assigned by their teachers, who usually must buy a paper book as a class requirement.  In my

opinion, virtually all sales of a work like The Golden Ass are compulsory purchases made by

students fulfilling educational reading requirements.  Thus, American Buddha's provision of

such works to students in digital form, as in the GSU case, is for an educational, non-commercial

purpose.  The Kenney translation of The Golden Ass is available for download in three formats

(.epub, .jpg, and .mobi) at http://kickass.filesoup.com/apuleius-the-golden-ass-or-

metamorphoses-3-translations-t9846510.HTML#.  (Exhibit 10.)

45. In Oil!, Upton Sinclair, whose career was ignited by the publication of The Jungle, a

shocking expose of the Chicago stockyards, depicted the personal and commercial machinations

of Southern California oil tycoons.  The book is the subject of a Wikipedia page at

http://en.wikipedia.org/wiki/Oil! that spells out the characters and plot in detail.  In my opinion,

Oil! is most often purchased by students in fulfillment of course reading requirements, and used primarily as educational material in literature and social studies classes.  Oil! is available online in ePub or Mobi formats at no charge from https://libcom.org/library/oil-upton-sinclair

46. It Can't Happen Here was written by Sinclair Lewis, the author of Arrowsmith, Elmer Gantry, Babbitt, and Main Street.  It Can't Happen Here tells the story of a homegrown fascist takeover of America, seen through the eyes of a small town newspaperman.  It is a necessary companion work to Orwell's 1984 and Huxley's Brave New World, an essential tome for social studies and literature classes in high school and college.  In my opinion, It Can't Happen Here has primarily educational value, is mostly read by students when assigned by teachers, and is consulted in its online form for performance of those scholarly tasks that are best done with a digital copy of the work that can be digitally searched and otherwise handled in transformative fashion.  It Can't Happen Here is available at no less than six locations on the Internet at no charge from the following online locations.

 (1) Project Gutenberg Australia

   • in HTML format at http://gutenberg.net.au/ebooks03/0301001h.HTML,

   • in TXT format at http://gutenberg.net.au/ebooks03/0301001.txt,

   • in ZIP file at gutenberg.net.au/ebooks03/0301001.zip.

 (2) www.feffibooks.com/book/3659/it-can-t -happen-here.

 (3) www.goodrl.ads.com/ebooks/download/113711CCan_CHappen_Herl.

 (4) www.1..-booksdirl.ctory.com/dl..tails .php?ebook- 3722

47. When the URL for an HTML Chapter is clicked by a Library Patron, it generates a separate page request, and the total number of page requests in any given month for any of the Four Titles is essentially nonexistent.  (Exhibits 6, 7 and 8.)  Indeed, aside from *Oil!*, I don't believe anyone

is looking at the Four Titles, because the vast majority of the hundreds of visits to *The Golden Ass* at American-Buddha.com and NaderLibrary.com during the last several months have all been caused by my visits, because I am preparing a new version of the presentation, and have been referencing the existing pages.  Accordingly, the amount taken of the Four Titles is only as much as Library Patrons need to perform scholarly use by accessing discrete HTML chapters, and at present, is entirely nonexistent.  Such use does not equate to the taking of the entire work, because, like the Google Books system of providing "snippets" of scanned works found lawful in Author's Guild, American Buddha's division of the works into HTML Chapters restricts access to that portion of the material necessary to accomplish scholarly use.

48. The American Buddha method of providing access only to HTML Chapters via discrete URLS, and simply asking people not to infringe, works.  The statistics show that Library Patrons have no interest in reading the entire text of any of the Four Titles.

49. Apparently Penguin had licensed some of its works prior to November, 2011, but it is unknown whether Penguin offered library licenses for digital versions of any of the Four Titles before November 2011, when it announced that it would "no longer allow library lending of new Ebook titles."  (Exhibit 9.)  That was followed by a January 2012 announcement that put further limitations on library lending of audiobooks, and was followed by a February 2012 announcement that Penguin had stopped licensing Ebooks altogether through digital library service provider OverDrive.  (Exhibit 9.)  Penguin Ebooks did not become available on OverDrive until September 25, 2013, and even then, only with a crippling limitation for the most popular Ebook platform – the Amazon Kindle.  The Kindle device's revolutionary wireless download system wouldn't work for Penguin books, so libraries could only lend the works by physically transferring the media via the Kindle side-loading USB port.  (Exhibit 9.)  After an

outcry, Penguin stopped using the "crippleware" that prevented wireless delivery, and allowed libraries to transfer works over the air, as Amazon intended.  (Exhibit 9.)

50. In my opinion, American Buddha's practices, even if widely practiced by libraries, would not harm book sales or digital sales. I reasonably infer this from the very modest number of visits, if any, that HTML Chapters of the Four Titles receive.  One might presume that more online availability would increase media quantity consumption, but that is not the case, because each HTML Chapter's unique URL can satisfy the needs of the small number of users, and until usage spikes unforeseeably, multiple access points are redundant, or at least useful only for addressing different readerships, as American Buddha's two Websites do.  American-Buddha.com had the personal religious genesis described above, and NaderLibrary.com developed from the desire to make Library-sponsored knowledge available in a secular context.

51. For all of the above reasons, I submit that the placement of the Four Titles in the ABOL Archive for the purposes described hereinabove is fair use, and should be held to be lawful, non-infringing, non-commercial, educational activity, and accordingly request the Court to deny the plaintiff's motion for summary judgment.

I hereby declare, pursuant to the provisions of 28 U.S.C. § 1746 (2), under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Tucson, Arizona on January 20, 2015

Tara Lyn Carreon, Declarant