1  Duane A. Bosworth, OSB #825077
   Tim Cunningham, OSB #100906
2  DAVIS WRIGHT TREMAINE LLP
   1300 S.W. Fifth Avenue, Suite 2400
3  Portland, Oregon  97201-5610
   Facsimile:  (503) 778-5299
4  duanebosworth@dwt.com
   timcunningham@dwt.com
5  Telephone:  (503) 241-2300

6       Attorneys for Plaintiff
        *Pro Hac Vice*

11            IN THE UNITED STATES DISTRICT COURT

12                 FOR THE DISTRICT OF ARIZONA

13  Penguin Group (USA) Incorporated,

14                       Plaintiff,         Case No. CV-13-02075-TUC-JGZ

15       v.                                 **Declaration of Tim Cunningham in Support of Plaintiff's Reply in Support of Motion for Summary Judgment.**

16  American Buddha,

17                       Defendant.

19       I, Tim Cunningham, do hereby state and declare as follows:

20       1.      I am an attorney at Davis Wright Tremaine LLP and am one of the

21  attorneys representing plaintiff in this case.  I make this declaration in support of

22  plaintiff's Reply in Support of Motion for Summary Judgment.  I am competent to testify,

23  and make this declaration based on personal knowledge.

24       2.      Attached hereto as **Exhibit 1** is a true and correct copy of Defendant's

25  Opposition to Plaintiff's Motion for Summary Judgment, with all fonts, including body

26  text and footnotes, changed to 13pt.  That is the only change made in the document.

27       3.      Attached hereto as **Exhibit 2** is a true and correct copy of documents

28  produced by defendant to plaintiff in this litigation.

                                    1

4. Attached hereto as **Exhibit 3** is a true and correct copy defendant's witness disclosures.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Defendant's Interrogatory Responses (Second Set).

6. Defendant produced Exhibits 7 and 8 to the Tara Carreon Declaration in Opposition to Motion for Summary Judgment on December 12, 2014, four days before Plaintiff's Motion for Summary Judgment was due in this matter. A true and correct copy of the email from defendant's counsel producing the exhibits is attached hereto as **Exhibit 5**. A true and correct copy of plaintiff's objection is attached hereto as **Exhibit 6**.

7. Defendant had never before produced a copy of the document attached as Exhibit 6 to the Tara Carreon Declaration in Opposition to Motion for Summary Judgment.

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on this 16th day of December, 2014, at Portland, Oregon.*

s/ Tim Cunningham
TIM CUNNINGHAM

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2015, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants. .

John Sullivan
Attorney at Law
10857 Kling Street
North Hollywood, CA 91602

s/ Duane A. Bosworth