**From:** Cunningham, Tim
**Sent:** Friday, December 12, 2014 12:30 PM
**To:** 'John Sullivan'; Bosworth, Duane; Peek, Cynthia
**Subject:** RE: Further responses

John,

We object to the late production of this material.  On quick glance, your client appears to have produced web statistics for its websites from August 2014 through December 2014.  This material was requested in Penguin's first RFP served on June 13, 2014.  Moreover, at the October deposition, American Buddha testified that it did not have, and could not acquire, any web statistics for either of its websites.  To produce those very statistics four days before the summary judgment deadline is highly prejudicial.  Penguin will move to strike any argument or evidence based on the web statistics that were validly requested in June, 2014, disavowed by your client in October 2014, and produced today.

**Tim Cunningham** | Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400 | Portland, OR 97201
Tel: (503) 778-5386 | Fax: (503) 778-5299
Email: timcunningham@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

---

**From:** John Sullivan [mailto:johnw.sullivan@yahoo.com]
**Sent:** Friday, December 12, 2014 9:41 AM
**To:** Cunningham, Tim; Bosworth, Duane; Peek, Cynthia
**Subject:** Further responses

See this link:

https://www.dropbox.com/sh/2go3dikpkev660k/AAAILafQ4-P_qvyDO4pyllbWa?dl=0

This is the password: st0n3bu11  (the third character is a zero)