# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Penguin Group (USA) Incorporated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>American Buddha,<br><br>　　　　　Defendant. | **NO. CV-13-02075-TUC-JGZ**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order signed May 8, 2015, granting the motion for summary judgment, judgment is entered in favor of plaintiff and against defendant.

　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

May 11, 2015

　　　　　　　　　　　　　　　　　s/ K Hughes
　　　　　　　　　　　　　　By　Deputy Clerk