John W. Sullivan Cal. Bar No. 204648
Attorney at Law
10857 Kling Street
North Hollywood, CA 91602
Tel: 818-769-7236
Fax: 818-301-2175
Email: sullivan.john84@gmail.com
Attorney for Defendant American Buddha

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Penguin Group (USA) Inc., ) | Case No.:  CV-13-02075-TUC- JGZ |
| ) | |
| Plaintiff, ) | **NOTICE OF APPEAL** |
| vs. ) | |
| ) | |
| American Buddha, ) | |
| ) | |
| Defendant ) | |
| ) | |

Notice is hereby given that American Buddha, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment entered in this action on May 11, 2015.  Pursuant to Circuit Rule 3-2, the required Notice of Representation is attached as Attachment "A".

DATED: May 11, 2015                    /s/ John W. Sullivan
                                        John W. Sullivan Cal. Bar No. 204648
                                        Attorney for Defendant
                                        American Buddha

ATTACHMENT "A"

REPRESENTATION STATEMENT

Pursuant to Circuit Rule 3-2, defendant-appellant identifies the parties to the action and their counsel as follows:

Defendant-Appellant American Buddha
Attorney: John W. Sullivan Cal. Bar No. 204648
Attorney at Law
10857 Kling Street
North Hollywood, CA 91602
Tel: 818-769-7236
Fax: 818-301-2175
Email: sullivan.john84@gmail.com

Plaintiff-Respondent Penguin Group (USA), Inc.
Attorney: Duane Bosworth
Davis Wright Tremaine, LLP
Suite 2400
1300 SW Fifth Avenue
Portland, Oregon 97201-5610
Tel: 503.241.2300
Fax: 503.778.5299
Email: duanebosworth@dwt.com