1  Duane A. Bosworth, OSB #825077
   Tim Cunningham, OSB #100906
2  DAVIS WRIGHT TREMAINE LLP
   1300 S.W. Fifth Avenue, Suite 2400
3  Portland, Oregon  97201-5610
   Facsimile:  (503) 778-5299
4  duanebosworth@dwt.com
   timcunningham@dwt.com
5  Telephone:  (503) 241-2300

6      Attorneys for Plaintiff
       *Pro Hac Vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Penguin Group (USA) Incorporated, | |
|---|---|
| Plaintiff, | Case No. CV-13-02075-TUC-JGZ |
| v. | **Plaintiff's Motion to Withdraw Unopposed Motion to Further Extend Time in Which to File Motion for Award of Attorney Fees** |
| American Buddha, | |
| Defendant. | |

    Because the parties have now resolved this matter, plaintiff moves to withdraw its Unopposed Motion to Further Extend Time in Which to File Motion for Award of Attorney Fees (Dkt. No. 179).  This motion is supported by the accompanying Declaration of Duane A. Bosworth.

    DATED this 4th day of June, 2014.

                        DAVIS WRIGHT TREMAINE LLP


                        By:  s/ Duane A. Bosworth
                           Duane A. Bosworth, OSB #825077
                           Tim Cunningham, OSB #100906
                           Of Attorneys for Plaintiff *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

1

2  I hereby certify that on June 4, 2015, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the
3  CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.
4

5  John Sullivan
Attorney at Law
6  10857 Kling Street
North Hollywood, CA 91602
7

8                  s/ Duane A. Bosworth

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2