1  Duane A. Bosworth, OSB #825077
   Tim Cunningham, OSB #100906
2  DAVIS WRIGHT TREMAINE LLP
   1300 S.W. Fifth Avenue, Suite 2400
3  Portland, Oregon  97201-5610
   Facsimile:  (503) 778-5299
4  duanebosworth@dwt.com
   timcunningham@dwt.com
5  Telephone:  (503) 241-2300

6      Attorneys for Plaintiff
       *Pro Hac Vice*

7

8

9

10

11           IN THE UNITED STATES DISTRICT COURT

12               FOR THE DISTRICT OF ARIZONA

13 Penguin Group (USA) Incorporated,

14           Plaintiff,            Case No. CV-13-02075-TUC-JGZ

15   v.                          **Declaration of Duane A. Bosworth in Support of Plaintiff's Motion to Withdraw Unopposed Motion to Further Extend Time in Which to File Motion for Award of Attorney Fees**

16 American Buddha,

17           Defendant.

18

19

20     I, Duane A. Bosworth, do hereby state and declare as follows:

21     1.     I am an attorney at Davis Wright Tremaine LLP and am one of the

22 attorneys representing plaintiff in this case.  I make this declaration in support of

23 Plaintiff's Motion to Withdraw Unopposed Motion to Further Extend Time in Which to

24 File Motion for Award of Attorney Fees in this matter.

25     2.     Plaintiff has now received an executed settlement agreement and has

26 executed that agreement itself.  This matter is now resolved in its entirety.  The

27 agreement recites that the Court's Order dated May 8, 2015 continues in effect, as that

28 ///

1

1   Order itself describes.  Plaintiff's motion for additional time is withdrawn.  Plaintiff will

2   not file a petition for attorney fees or a cost bill.

3         Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

4   is true and correct, and that this Declaration was executed on June 4, 2015 at Portland,

5   Oregon.

6

7                     s/ Duane A. Bosworth
                    Duane A. Bosworth, OSB #100906

8

9

10  **CERTIFICATE OF SERVICE**

11       I hereby certify that on June 4, 2015, I electronically transmitted the foregoing
document and any attachments to the U.S. District Court Clerk's Office using the

12  CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the
following CM/ECF registrants.

13

14       John Sullivan
     Attorney at Law

15       10857 Kling Street
     North Hollywood, CA 91602

16

17                    s/ Duane A. Bosworth

18

19

20

21

22

23

24

25

26

27

28