FILED

JUN 15 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PENGUIN GROUP (USA) INCORPORATED,<br><br>             Plaintiff - Appellee,<br><br>   v.<br><br>AMERICAN BUDDHA,<br><br>             Defendant - Appellant. | No. 15-15975<br><br>D.C. No. 4:13-cv-02075-JGZ<br>District of Arizona,<br>Tucson<br><br>ORDER |

The parties have stipulated to the dismissal of this case under the Federal Rule of Appellate Procedure 42(b).

The appeal is dismissed with prejudice.

Costs shall be allocated pursuant to the terms of the stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

                                        For the Court:

                                        MOLLY C. DWYER
                                        Clerk of the Court


                                        Lorela Bragado-Sevillena
                                        Deputy Clerk
                                              Ninth Circuit Rule 27-7/Advisory Note
                                              to Rule 27 and Ninth Circuit Rule 27-10