

**15-15975 Penguin Group (USA) Incorporat v. American Buddha "Dispositive Clerk Order Filed"**

ca9_ecfnoticing    to:                                                06/15/2015 09:59 AM

| | |
|---|---|
| From: | ca9_ecfnoticing@ca9.uscourts.gov |
| To: | |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

Notice of Docket Activity

The following transaction was entered on 06/15/2015 at 9:58:17 AM PDT and filed on 06/15/2015

| | |
|---|---|
| Case Name: | Penguin Group (USA) Incorporat v. American Buddha |
| Case Number: | 15-15975 |
| Document(s): | Document(s) |

Docket Text:
Filed order (Deputy Clerk: LBS) The parties have stipulated to the dismissal of this case under the Federal Rule of Appellate Procedure 42(b). The appeal is dismissed with prejudice. Costs shall be allocated pursuant to the terms of the stipulation. A copy of this order sent to the district court shall act as and for the mandate of this court. [9573809] (SM)

Notice will be electronically mailed to:

Duane A. Bosworth
Tim M. Cunningham
USDC, Tucson
Honorable Jennifer G. Zipps, District Judge

John W. Sullivan, Attorney (daily summary)

The following document(s) are associated with this transaction:
Document Description: Main Document

Original Filename: 15-15975.pdf
Electronic Document Stamp:
[STAMP acecfStamp_ID=1106763461 [Date=06/15/2015] [FileNumber=9573809-0]
[6ab997ca1c6399e6291b5d0a92893c8d076289da9cbc5368151c12b1912124a37e609fdcde8ea3c05
fa52afce13e4c2fe8ac5bd27182d307d3976db537e54aa1]]


The following information is for the use of court personnel:


DOCKET ENTRY ID: 9573809
RELIEF(S) DOCKETED:
   motion to dismiss the case voluntarily pursuant to rule 42b
   to issue mandate (for dispositive orders which act as mandate only)
DOCKET PART(S) ADDED: 10800145, 10796394, 10796395, 10800146, 10800147